JS 44 (Rev. 3/99)  #2   **CIVIL COVER SHEET**   CH

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

(a) PLAINTIFFS: Gardenia Lang

DEFENDANTS: City of Posen, police Dept of Posen police officer v Mchue Badge #171 Chief of police of the Posen police Dept.

KC FILED DEC 28 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

(b) County of Residence of First Listed Plaintiff: Cook
County of Residence of First Listed Defendant: Cook

(c) Attorney's (Firm Name, Address, and Telephone Number):
Pro Se Gardenia Lang
16394 Lawndale Ave, Markham IL

Attorneys (If Known): Unknown

**II. BASIS OF JURISDICTION**
☒ 3 Federal Question

07CV7274
JUDGE CONLON
MAGISTRATE JUDGE NOLAN

**IV. NATURE OF SUIT**
☒ 440 Other Civil Rights

**V. ORIGIN**
☒ 1 Original Proceeding

**VI. CAUSE OF ACTION**
IV Amendment of the U.S. constitution

**VII. REQUESTED IN COMPLAINT:**
DEMAND $ 1,000,000,000
JURY DEMAND: ☒ Yes

**VIII.** ☒ is not a refiling of a previously dismissed action.

12/28/07  Gardenia Lang