KC FILED
DEC 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dec 28 2007

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Gardenia Lang
(Please print)

STREET ADDRESS: 16344 Lawndale Ave

CITY/STATE/ZIP: Markham, IL 60428

PHONE NUMBER: 773-610-6972

CASE NUMBER: 07CV7274
JUDGE CONLON
MAGISTRATE JUDGE NOLAN

Signature: Gardenia Lang    Date: 12/28/07