# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7274 | **DATE** | 1/15/2008 |
| **CASE TITLE** | LANG vs. CITY OF POSEN | | |

**DOCKET ENTRY TEXT**

Pro se plaintiff shall promptly serve each defendant with summons and a copy of the complaint. Return of the summons must be filed with the Clerk of Court, or the case is subject to dismissal. See Fed.R.Civ.P. 4(m). The parties shall comply with Fed.R.Civ.P. 26(a) by February 29, 2008. All discovery shall be completed and any dispositive motions shall be filed by May 30, 2008. The joint pretrial order and agreed pattern jury instructions shall be presented on June 26, 2008 @ 9:00 am. Plaintiff shall submit a draft pretrial order and proposed jury instructions to defendant by June 18, 2008. This case is placed on the July trial calendar. FIRM DATES. Plaintiff's application [4] to proceed in forma pauperis is granted. Pro se litigants may seek assistance through the Distict Court self-help assistance program by making an appointment at the Clerk's Office Intake Desk on the 20th floor or by calling 312-435-5691.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|