**United States District Court**
**Northern district of Illinois**
**Eastern division**

| | |
|---|---|
| Gardenia Lang ) | Case # 07 C 7274 |
| ) | |
| ) | |
| ) | Judge: Suzanne B. Conlon |
| v. ) | |
| ) | |
| City of Posen, Police Dept ) | |
| of Posen, Police officer ) | FILED |
| V. Mcline (badge #17), ) | 3-4-2008 |
| Chief of Police of the ) | MAR - 4 2008 |
| Posen Police Dept ) | |
| | MICHAEL W. DOBBINS |
| | CLERK, U.S. DISTRICT COURT |

**Motion to Amend Plaintiff's Original Complaint**

**Now Come** Gardenia Lang, Plaintiff Pro Se, and move to amend the original complaint under Fed. R. Civ. P. 15a. The Plaintiff is allowed to amend her complaint as a matter of course before the defendants file a responsive pleading.

1. The defendants have not filed a responsive pleading

2. This is the Plaintiff's first request to amended the complaint

3. Federal rule 15a allow the plaintiff to amend her complaint once before responsive pleadings are filed as a matter of course.

Wherefore, the Plaintiff humbly ask that the attached amended complaint be entered into the recorded as Plaintiff's complaint.

Gardenia Lang, Plaintiff
*Gardenia Lang*
16344 Lawndale Ave
Markham, Il 60428
773-610-6972