## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 7274 |
| Gardenia Lang, | JURY DEMAND |
| v. | |
| City of Posen, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Posen, Officer Victor McCree and Gerald Vetter, Chief of Police

| | | |
|---|---|---|
| NAME (Type or print)<br>Michael G. Cainkar | | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael G. Cainkar | | |
| FIRM<br>LOUIS F. CAINKAR, LTD. | | |
| STREET ADDRESS<br>30 North LaSalle Street, Suite 3922 | | |
| CITY/STATE/ZIP<br>Chicago, IL 60602-3333 | | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06182679 | TELEPHONE NUMBER<br>312/236-3985 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | | |