U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 7274 |
|---|---|
| Gardenia Lang, | |
| v. | JURY DEMAND |
| City of Posen, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Posen, Officer Victor McCree and Gerald Vetter, Chief of Police

| NAME (Type or print) |
|---|
| Gary S. Perlman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Gary S. Perlman |
| FIRM |
| LOUIS F. CAINKAR, LTD. |
| STREET ADDRESS |
| 30 North LaSalle Street, Suite 3922 |
| CITY/STATE/ZIP |
| Chicago, IL 60602-3333 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06191434 | 312/236-3985 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐