AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Gardenia Lang

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

City of Posen, Police of Posen

CASE NUMBER: 07CV7274
ASSIGNED JUDGE: JUDGE CONLON
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

City of Posen
145th St, Posen ILL, 60428

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gardenia Lang
16344 Lawndale Ave
Markham IL 60428

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DATE: 1/17/08

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/5/08 |
| NAME OF SERVER (PRINT) Marshall Williams | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Posen City Hall

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

MAR 13 2008

FILED

MAR 13 2008  PH

☐ Other (specify): _____

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/08                 Marshall Williams
                Date                      Signature of Server

14639 Karlov LN, Midlothian, Il 60445
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.