AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Gardenia Lang

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

City of Posen

CASE NUMBER: **07CV7274**
ASSIGNED JUDGE: **JUDGE CONLON**
DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Posen Police Dept (Badge #17)
145th ST Posen IL, 60428

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gardenia Lang
16344 Lawndale Ave
Markham, IL 60428

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DATE: 1/17/08

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/5/08 |
| NAME OF SERVER (PRINT) Marshall Williams | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Posen Police Dept

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

FILED

MAR 1 3 2008     MAR 1 3 2008  PH

☐ Other (specify): _____

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/5/08
                  Date

*Marshall Williams*
Signature of Server

14639 Karlov 2w, Midlothian, Il 60445
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.