

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Gardenia Lang

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

City of Posen IL

CASE NUMBER:

ASSIGN 07CV7274
DESIG JUDGE CONLON
MAGI MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Chief of police of Posen
Police Dept
145th St Posen IL 60428

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gardenia Lang
16344 Lawndale Ave
Markham IL 60428

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Cynthia [signature]_                                    1/17/08

(By) DEPUTY CLERK                                         DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 3/5/08 |
| NAME OF SERVER *(PRINT)* Marshall Williams | TITLE | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Posen Police Dept

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
MAR 1 3 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
MAR 1 3 2008

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/5/08
              Date

*Signature of Server:* Marshall Williams

*Address of Server:* 14639 Karlov 2W, Midlothian, Il 60445

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.