# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7274 | **DATE** | 3/17/2008 |
| **CASE TITLE** | GARDENIA LANG vs. CITY OF POSEN, POLICE DEPARTMENT OF POSEN, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file an amended complaint is granted. The court notes that plaintiff has not yet filed returns of summons served on defendants. See Fed.R.Civ.P. 4(m).

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|