**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GARDENIA LANG, | ) | |
| | ) | No. 07 C 7274 |
| Plaintiff, | ) | |
| | ) | Judge Leinenweber |
| v. | ) | |
| | ) | Magistrate Judge Levin |
| CITY OF POSEN, POLICE DEPARTMENT OF | ) | |
| POSEN, POLICE OFFICER V. McLINE | ) | |
| (badge #17), CHIEF OF POLICE OF THE POSEN | ) | JURY DEMAND |
| POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   See attached service list.

 PLEASE TAKE NOTICE that on the 20th day of March 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois:

 Defendants' Answers and Affirmative Defenses to Plaintiff's First Amended Complaint; a copy of which is attached hereto and served herewith upon you.


                                     S/          Joseph Cainkar          


JOSEPH CAINKAR - 06281109
LOUIS F. CAINKAR, LTD.
Attorneys for the Defendants
30 North LaSalle Street - #3922
Chicago, Illinois 60602-3333
(312) 236-3985

## PROOF OF SERVICE

     I, the undersigned, an attorney, on oath state:  I served this Notice by mailing a copy to the above-mentioned attorneys at the addresses shown by depositing the same in the U.S. Mail Chute at 30 North LaSalle Street, Chicago, Illinois 60602 by 5:00 p.m. on March 20, 2008, with proper postage prepaid.

                          S/                  Joseph Cainkar

**SERVICE LIST**

Gardenia Lang
16344 Lawndale Avenue
Markham, IL 60428