# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

GARDENIA LANG,                                    )
                                                  )
       Plaintiff,                                 )
                                                  )
      v.                                         )       No. 07 C 7274
                                                  )
CITY OF POSEN, POLICE DEPARTMENT OF   )       Judge Suzanne B. Conlon
POSEN, POLICE OFFICER V. McLINE       )
(badge #17), CHIEF OF POLICE OF THE POSEN )
POLICE DEPARTMENT,                    )
                                                  )
                Defendants.                  )

## NOTICE OF MOTION

TO:    See attached service list.

On June 5, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Suzanne B. Conlon, or any judge sitting in her stead, in the courtroom usually occupied by him in Room 1743, at 219 South Dearborn Street, Chicago, Illinois 60604, and present:

Defendants' Motion for Summary Judgment; a copy of which is attached hereto.

S/ Joseph Cainkar

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state:  I served a copy of this Notice of Motion by e-mailing a copy to the CMT System for the North District of Illinois on May 30, 2008.

S/ Joseph Cainkar

JOSEPH CAINKAR
LOUIS F. CAINKAR, LTD.
Attorneys for the Village of Posen
30 North LaSalle Street - #3922
Chicago, Illinois 60602-3333
(312) 236-3985


**SERVICE LIST:**

Gardenia Lang
16344 South Lawndale Avenue
Markham, Illinois 60428