**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GARDENIA LANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7274 |
| | ) | |
| CITY OF POSEN, POLICE DEPARTMENT OF | ) | Judge Suzanne B. Conlon |
| POSEN, POLICE OFFICER V. McLINE | ) | |
| (badge #17), CHIEF OF POLICE OF THE POSEN | ) | |
| POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants Village of Posen, Officer Victor McCree, and Gerald D. Vetter, Chief of Police, by and through their attorney, LOUIS F. CAINKAR, LTD., and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully request that summary judgment be awarded in their favor and against the Plaintiff because there is no genuine issue of material fact and the Defendants are entitled to a judgment in their favor as a matter of law. Defendants offer their Statement of Uncontested Facts and Memorandum of Law in support of their request for an award of summary judgment.

S/   Joseph  Cainkar

JOSEPH CAINKAR
LOUIS F. CAINKAR, LTD.
Attorneys for the Defendants
30 North LaSalle Street - Suite 3922
Chicago, Illinois 60602-3333
312/236-3985

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, on oath state: I served this Motion for Summary Judgment of the Plaintiff's Complaint by e-mailing a copy of the same to the plaintiff on May 30, 2008.

S/  Joseph  Cainkar