# EXHIBIT "A"

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3
     GARDENIA LANG,                  )
 4                                   )
                 Plaintiff;          )
 5                                   )
            vs.                      )  No. 07 C 7274
 6                                   )
     CITY OF POSEN; POLICE           )
 7   DEPARTMENT OF POSEN; POLICE     )
     OFFICER V. MC LINE,             )
 8   (Badge #17); CHIEF OF POLICE    )
     OF THE POSEN POLICE DEPARTMENT) )
 9                                   )
                 Defendants.         )
10

11

12              The deposition of GARDENIA LANG,

13   called by the defendants for examination pursuant

14   to notice and pursuant to the Rules of Civil

15   Procedure for the United States District Courts

16   pertaining to the taking of depositions, taken

17   before Leah Ann Bezin, a notary public within and

18   for the County of Cook and State of Illinois, at

19   Suite 3922, 30 North LaSalle Street, Chicago,

20   Illinois 60602-3333, on the 6th day of May, A.D.,

21   2008.

22

23

24
```

2

1   APPEARANCES:
2
3       MS. GARDENIA LANG
        16344 Lawndale Avenue
4       Markham, Illinois 60428
            appearing pro se
5
        LOUIS F. CAINKAR, LTD., by
6       MR. JOSEPH CAINKAR
        30 North LaSalle Street
7       Suite 3922
        Chicago, Illinois 60602-3333
8       (312) 236-3985
            for the defendants
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

3

1                I N D E X
2
    Witness:                Page
3
        GARDENIA LANG
4
        Examination by:
5
            Mr. Cainkar        4
6
7
8
9
10
11              E X H I B I T S
11
12  Number          For Identification
13  LANG DEPOSITION
14      Exhibit No. 1        57
15
16
17
18
19
20
21
22
23
24

4

1                (Witness sworn.)
2            GARDENIA LANG,
3   called as a witness herein, having been first
4   duly sworn, was examined and testified as
5   follows:
6            EXAMINATION
7            BY
8            MR. CAINKAR:
9       Q   Ms. Lang, my name is Joe Cainkar.  I
10  represent the village of Posen.
11           You understand that, correct?
12      A   Yes.
13      Q   Okay.  I'm going to be asking you some
14  questions about an incident that occurred on
15  December 14th, 2007.
16           Do you understand that?
17      A   Yes.
18      Q   And to the extent that you don't
19  understand one of my questions, will you tell me
20  that you don't understand it?
21      A   Yes, I will.
22      Q   Okay.  And if you tell me that you
23  don't understand it, I will rephrase the question
24  or ask it in a different manner so that you are

5

1   able to understand it.
2            Okay?
3       A   Okay.
4       Q   And to the extent that you don't hear a
5   question that I ask you, will you tell me that as
6   well?
7       A   Yes.
8       Q   Okay.  And if you tell me that, I will
9   repeat the question again so you are able to hear
10  it.
11           Okay?
12      A   Okay.
13      Q   All right.
14           And the court reporter is going to
15  be taking down both the questions and our
16  answers.  So if you can, please wait until I
17  finish asking my question before you answer it,
18  and that way she is able to take down your answer
19  and my question.
20           Do you understand that?
21      A   Yes.
22      Q   Okay.  And in the same way, I will wait
23  to ask another question before you finish
24  answering your -- your question (sic).

6

1      Okay?
2    A    Okay.
3    Q    And you have the right to state any
4  objections that you want to for the record.
5  Okay?
6         And once you make those
7  objections, you can go ahead and answer the
8  question. All right?
9    A    Okay.
10   Q    All right.
11        Can you tell me -- could you
12  please state your name and spell your last name
13  for the record.
14   A    Gardenia Lang, L-a-n-g.
15   Q    Okay. And where do you currently
16  reside?
17   A    16344 Lawndale in Markham.
18   Q    Okay. And how long have you lived
19  there?
20   A    About three years.
21   Q    And who do you live there with?
22   A    With my sister.
23   Q    And what's her name?
24   A    Angela Blackwell.

7

1    Q    Are you currently married?
2    A    No, I'm not.
3    Q    Were you ever married?
4    A    Yes.
5    Q    Okay. Who were you married to?
6    A    Steven Lang.
7    Q    Okay. Is it p-h or a "v"?
8    A    "V."
9    Q    Okay. And how long were you married to
10  Steven Lang for?
11   A    Seven years.
12   Q    Okay. And do you recall the years that
13  you were married?
14   A    1995 until 2003.
15   Q    Okay. And do you have any children?
16   A    Yes.
17   Q    Okay. How many?
18   A    Two daughters.
19   Q    Okay. And what are their names?
20   A    Monique Williams and Monica Williams.
21   Q    Okay. And how old are they?
22   A    Monique is 23 and Monica is 21.
23   Q    Okay. And you have only been married
24  one time?

8

1    A    Yes.
2    Q    And are these children of Mr. Lang?
3    A    No.
4    Q    Okay. Where did you live before 16344
5  Lawndale Avenue?
6    A    10120 Lawndale in Chicago.
7    Q    Okay. And how long did you live there?
8    A    Probably two years.
9    Q    Okay. What is your highest level of
10  education?
11   A    I have an associate's degree.
12   Q    Okay. From where?
13   A    Robert Morris.
14   Q    And when did you graduate there?
15   A    1984.
16   Q    And your major there?
17   A    Business.
18   Q    Okay. Attend any other schooling after
19  that?
20   A    Just a medical billing class I took.
21   Q    Okay. Are you currently employed now?
22   A    Yes, I am.
23   Q    Okay. How are you employed?
24   A    I work for Jackson Park Hospital as a

9

1  medical biller.
2    Q    Okay. And how long have you been
3  employed there?
4    A    Since February '06.
5    Q    Okay. And what is your -- what are
6  your duties there?
7    A    I'm a Medicare biller. I bill Medicare
8  claims. And I also handle bad debt, Medicare bad
9  debt claims.
10   Q    And where were you employed before
11  Jackson Park?
12   A    I worked for Illiana Surgery Center in
13  Munster.
14   Q    That would be Indiana, correct?
15   A    Um-hmm.
16   Q    Okay. And the same duties there?
17   A    The same thing. Um-hmm.
18   Q    Okay.
19        On December 14, 2007, I'm assuming
20  you still resided at that -- the Lawndale
21  address, the 16344; is that correct?
22   A    Yes.
23   Q    Okay. Who resided with you at that
24  address at that time?

10

1    A    Angie and my daughter Monica.
2    Q    Okay.
3         All right. Now I'm going to take
4    you to around to February -- excuse me -- to
5    December 14, 2007, at approximately 7:30 p.m.
6         Are you familiar with that date
7    and time?
8    A    Yes.
9    Q    Okay. Where were you -- you were
10   pulled over --
11   A    Yes.
12   Q    -- by a Posen police officer at that
13   time?
14   A    Yes.
15   Q    Okay. Where were you coming from
16   before that incident?
17   A    I was dropping off a friend, a
18   coworker, from work.
19   Q    And where did you drop her off?
20   A    I'm not for sure of her address.
21   Q    Okay. What town is it in?
22   A    It's in Posen.
23   Q    Okay. So you were coming from Jackson
24   Park?

11

1    A    I was coming from -- I was -- we was in
2    Hyde Park. We went -- it was after a Christmas
3    party.
4    Q    Okay. Where was the Christmas party
5    at?
6    A    Leona's in Hyde Park.
7    Q    Okay. Had you had anything to drink at
8    the Christmas party?
9    A    No.
10   Q    What happened -- where were you at when
11   you were pulled over?
12   A    On 147th right off of Harrison.
13        I'm not for sure of the streets
14   over there.
15   Q    Okay. Can you take me right -- can you
16   tell me what happened right -- initially right
17   before you were pulled over?
18   A    I dropped off my coworker at her home.
19   I saw the two police officers. They had just
20   left out of that same lot I was in. I stopped at
21   the first stop sign. And they were sitting
22   there. And I went down, I came up the street,
23   and I was turning onto 147th Street. There was
24   traffic coming. And I stopped. And there was an

12

1    SUV -- a truck, a pickup went past, and then I
2    went behind him. And then I -- that's when I saw
3    the flashing lights.
4    Q    Let me back you up here.
5         Now, you spoke of a lot. What do
6    you mean by a lot?
7         Is it like a parking lot?
8    A    A parking lot behind the building.
9    Q    Okay.
10   A    The building I was dropping her off at.
11   Q    Okay. So you -- and you don't
12   recall -- do you recall what street the building
13   is located on?
14   A    I don't -- I'm not for sure of her
15   address.
16   Q    Okay.
17   A    I'm not for sure.
18   Q    Now, as you approached 147th Street --
19   A    Um-hmm.
20   Q    -- were you traveling north or south?
21   A    I was traveling -- I was traveling
22   south.
23   Q    Okay.
24   A    Um-hmm.

13

1    Q    And you said there is one stop sign?
2    A    There were -- it's actually, I believe,
3    three stop signs.
4    Q    Okay.
5    A    The first one that -- when you come out
6    the lot; and then as I'm driving south, there is
7    another one; and then at 147th Street, when I'm
8    turn- -- getting ready to turn west, there
9    is -- it's actually -- I believe it's three stop
10   signs --
11   Q    Okay.
12   A    -- there.
13   Q    So there is a stop sign at the edge of
14   the parking lot before you actually enter onto
15   the -- is it a side street there? Is that
16   accurate?
17   A    It's a side street --
18   Q    Okay.
19   A    -- yeah, um-hmm.
20   Q    So there is a stop sign from when you
21   exit that lot --
22   A    Um-hmm.
23   Q    -- to that -- to the side street?
24   A    The -- coming out the lot, you turn out

14

1  the lot, and you -- and there is a -- going onto
2  the side street, where the lot -- where the stop
3  sign is --
4      Q    Okay.
5      A    -- where there's two squad cars, so I
6  stopped right there. And then I made my left
7  turn -- my right turn going south. And there is
8  another stop sign, which I stopped. And then
9  there is another stop sign approaching
10  147th Street.
11     Q    Okay. Now, how big is this lot that
12  you are speaking of?
13     A    Just a normal size. I guess it's like
14  a -- it's a six-unit building, so whatever the
15  size of the lot is. I don't know what the size
16  of it is.
17     Q    Is it a commercial building?
18     A    Residential.
19     Q    Is it -- okay.
20         And so the -- both officers, do
21  you recall how they were situated, or do you know
22  if they were situated talking to one another
23  or --
24     A    It -- it seemed like they were talking

15

1  to each other. One was facing one way, the other
2  was facing the other way.
3      Q    Okay.
4      A    So I just went past them at the stop
5  sign.
6      Q    Okay. And how -- at the stop sign to
7  turn onto the side street, how close were the
8  officers to you at that point?
9      A    They were -- it was a car length away.
10  If -- it was -- they was right there. If I
11  wanted to flag one of them down, I could have.
12     Q    Okay. So you proceed- -- you took
13  a -- was that correct, you took a right out of
14  that parking lot?
15     A    I took a right out of the parking lot.
16  And at the corner, I took another right. At the
17  stop sign, I took another right.
18     Q    Okay. So at the second stop sign,
19  then --
20     A    Um-hmm.
21     Q    -- is that -- if I'm accurate, please
22  let me know.
23         At the second stop sign, is that
24  another side street? Is that a side street?

16

1      A    It's another side street.
2      Q    Okay. And you took a right at that?
3      A    No. It's a -- I took a -- that's
4  a -- it was a stop I made.
5      Q    Okay.
6      A    And I went across it to 147th.
7         This -- I think it's like
8  a -- 147th, I guess it would be 145th -- 46th,
9  45th. So it was two stop signs plus the stop
10  sign at 147th Street.
11     Q    Okay. So the -- aside from the parking
12  lot stop sign --
13     A    Um-hmm.
14     Q    -- all right, there is a stop sign at
15  the first intersection, which is not 147th --
16     A    Correct.
17     Q    -- Street --
18     A    Right.
19     Q    -- it's one block --
20     A    Before.
21     Q    -- north?
22     A    Um-hmm.
23     Q    Okay. And it --
24     A    South. I'm going south.

17

1      Q    Right. So it would be north of 147th
2  Street.
3      A    The stop sign would be -- I'm not for
4  sure.
5      Q    Okay. Well, no matter.
6         So it's one street before 147th
7  Street?
8      A    Um-hmm.
9      Q    Okay. And is that stop sign within
10  view of the police officers, that parking lot, as
11  well, or --
12     A    Yes, it's in view.
13     Q    Okay. No, no. I'm just asking, is
14  there any obstructions at all --
15     A    Oh, no.
16     Q    -- blocking it?
17     A    Um-um.
18     Q    Okay. No, no. That's what I'm
19  asking.
20     A    Um-um.
21     Q    All right.
22         And tell me, as you approached
23  that intersection, what did you do?
24     A    I stopped.

18

1    Q   Okay.  Could you tell me how fast you
2  were going as you approached?
3    A   I wasn't going fast at all because I
4  just came out of the lot, and it was late
5  and -- it was -- it was just dark.  It wasn't
6  late.  It was just dark.  I couldn't have been
7  going no more than 10, 15.
8    Q   Okay.  How far is it from the exit of
9  that parking lot to the stop sign?
10   A   A half a -- a half of a block.
11   Q   Okay.  Now, you described it as dark
12  out.
13        Is this like dusk or is this --
14   A   7:30 in December.
15   Q   Okay.  Are the lights on?  Are the
16  street lights on?
17   A   The street lights are on, yeah --
18   Q   Okay.
19   A   -- it's just dark outside, like I said,
20  um-hmm.
21   Q   And could you describe the side street
22  that you were on?
23        Is it well lit?
24   A   It was -- it was fairly lit.  It wasn't

19

1  bright, but it was just fairly lit, yes.
2    Q   Okay.  There is artificial lighting
3  along the street?
4    A   Well, there were -- there are
5  stop -- there are light poles.  I'm not familiar
6  with the neighborhood, so I can't say if
7  it's -- it's not lit up like 147th Street.
8    Q   No, no, no, no, no, no, no.  I
9  understand.  But the lights -- there are lights?
10   A   Yeah, there are lights.
11   Q   Okay.  And they were illuminated at
12  that time?
13   A   Um-hmm.
14   Q   Okay.  Now, as you -- you proceeded
15  straight, then, towards 147th Street?
16   A   Yes.
17   Q   And were there any other vehicles
18  around you at that time?
19   A   The oncoming traffic?
20   Q   In any direction.
21   A   No.
22   Q   Okay.  And did you notice any police
23  car behind you at that point?
24   A   Yeah, I saw the -- I always saw the

20

1  police car.
2    Q   Okay.  Did you -- when was the first
3  time that you thought that the police officer was
4  actually following you or going in the same
5  direction as you?
6    A   When I -- when the -- when I made my
7  turn and I came out, then I -- a little bit,
8  there was a couple cars that was behind me, then
9  I saw the lights, and I was just -- just actually
10  moving over so he can get by.
11   Q   Okay.  So had you passed that side
12  street stop sign at that -- before -- did you
13  notice him behind you before that -- the second
14  stop sign that we talked about?
15   A   Yes.
16   Q   Okay.  And there were two vehicles
17  behind you at that point?
18   A   They weren't actually behind me.  I
19  guess one had pulled off.  And I saw him in my
20  rearview mirror.
21   Q   Which vehicle had pulled off?
22   A   It was two Posen vehicles.  I don't
23  know which one it was, but one -- I saw one pull
24  in the -- driving off, you know, in the

21

1  distance.  You know, you look through your
2  rearview mirror, I see a police car back there.
3    Q   Oh, okay.  I misunderstood you, then.
4  I thought you meant that there was two other
5  civilian cars --
6    A   No.
7    Q   -- behind you.
8    A   No.
9    Q   Okay.
10   A   No.
11   Q   All right.  Very good.  Okay.  I
12  misunderstood you, then.
13        So before that stop sign, you
14  noticed that one police officer had driven away?
15   A   I'm not going to say I noticed he drove
16  away.  I noticed, as I was driving, I just looked
17  out the rearview mirror, and I knew there was one
18  car back there.
19   Q   Okay.
20   A   I didn't see the other one drive off, I
21  just know there was one back there.
22   Q   Okay.  One behind you?
23   A   Um-hmm.
24   Q   All right.

22

1    And so you came to that stop sign,
2 the first stop sign --
3    A    Um-hmm.
4    Q    -- with the knowledge that the police
5 officer was behind you?
6    A    Exactly.
7    Q    Okay. Now, after -- you said you came
8 to a stop, you proceeded to 147th Street?
9    A    Right.
10    Q    Okay. Take me from that point on.
11    A    As I'm approaching 147th Street, I edge
12 out, and I see the light was green, so I know the
13 cars was coming. And I saw a truck, a pickup,
14 and he went by, and I went behind him.
15    Q    Okay.
16    A    And then, like I said, a few minutes
17 later, as I was driving, then I saw -- I saw the
18 lights. And I was pulling over to the side. And
19 he was -- then he got up behind me. I was like,
20 okay, let me get in the lot, because maybe I'm in
21 his way. And as I pulled over in the lot, he
22 came in the lot with me.
23    Q    Okay. Now, am I correct that as
24 you -- the -- were you on San Francisco? Does

23

1 that make sense, that side street?
2    A    I believe that's the street. I'm not
3 familiar with the streets --
4    Q    Okay.
5    A    -- over there.
6    Q    Uh-huh.
7    A    I don't know -- I don't know what
8 street it was. I know I -- when I went to drop
9 her off, I turned at Harrison.
10    Q    Okay.
11    A    So as -- I wasn't looking for street
12 signs because I know where I was going. So it
13 didn't -- really didn't matter what street, what
14 was the name of the street.
15    Q    Okay. But as you -- the intersection
16 of your side street and 147th Street, is
17 that -- was that controlled by a stoplight or a
18 stop sign?
19    A    I believe it's a stop sign. There's no
20 light there.
21    Q    Okay. So you weren't controlled by a
22 yellow -- green and yellow --
23    A    Um-um. No.
24    Q    -- stop sign (sic).

24

1    A    No.
2    Q    Okay.
3    Was there another -- the traffic
4 traveling east and west on 147th Street, is there
5 a light for them at that intersection?
6    A    Not at that -- it's a -- I guess it
7 would be Harrison, a block up. That's where the
8 light -- the street (sic) light is.
9    Q    Okay. So which direction -- you took a
10 right on 147th Street?
11    A    Going west.
12    Q    Okay. So you were traveling westbound
13 at that point?
14    A    Right.
15    Q    Okay. And the street light that you
16 spoke about before with the pickup truck --
17    A    Um-hmm.
18    Q    -- that would have been west as well?
19    A    No, that's -- that was going back
20 east. I'm looking out, so I look back --
21    Q    Uh-huh.
22    A    -- east to see the traffic, and I see
23 the light. So the truck came on and I went
24 behind the truck.

25

1    Q    Okay. Now as -- did you -- could you
2 tell me your speed as you approached 147th Street
3 and exactly what you did with the vehicle?
4    A    Probably about 10, 15. The same.
5    Q    Okay. And when -- as you approached
6 the stop sign --
7    A    Um-hmm.
8    Q    -- what did you do?
9    A    I made a complete stop.
10    Q    Okay. And then you said you edged out?
11    A    Um-hmm.
12    Q    And that's when you looked to your
13 left?
14    A    That's when -- when I got up to the
15 light, I looked out and I saw the truck coming.
16    Q    Um-hmm.
17    A    I let him go by, and then that's when I
18 made my turn.
19    Q    Okay. Now, how far -- when you were at
20 that stop sign, did you notice that the police
21 car was behind you, or were you looking or --
22    A    Not at that time I didn't -- I didn't
23 actually look for him. I'm looking for the
24 traffic.

26

1    Q    Okay. All right. So your
2  knowledge -- so to your belief, you didn't know
3  whether or not there was a police car behind
4  you --
5    A    I --
6    Q    -- at that point?
7    A    I felt he was still back there.
8    Q    Okay. But you didn't see him back
9  there?
10   A    I didn't look for him. I saw him at
11 the two stop signs I just went through, so I felt
12 he was probably still back there. But I'm not
13 even paying him no attention. I'm looking at the
14 car.
15   Q    But my question is, though, you didn't
16 see him back there, is that accurate, at that
17 point?
18         It's not a trick question. I'm
19 just trying to get a feel for --
20   A    It might be.
21   Q    No.
22   A    I'm just saying, I know he's in my -- I
23 didn't look through my rearview mirror to look
24 for him.

27

1    Q    That's exactly what I'm asking you.
2    A    No, I didn't --
3    Q    Did you see him, is what I am saying.
4    A    At that moment, no I --
5    Q    Okay.
6    A    -- did not.
7    Q    Okay. That's very easy. It's a very
8  simple question. I don't -- I'm really not
9  trying to trick you with with that question.
10   A    Um-hmm.
11   Q    So -- all right.
12        So as you take a right onto 147th
13 Street, when's the first time you notice lights,
14 or do you hear a siren, or what do you notice?
15   A    As I'm approaching, there's another
16 light I'm coming up to, I see the lights in my
17 rearview mirror.
18   Q    Okay.
19   A    I see his lights. So I'm like, okay,
20 let me move to the -- I'm already in the right
21 lane, but I'm just going to move over because I
22 see him going around people and I'm like, okay.
23 So I move over. I say, okay, let me move over
24 some more. And I go into the -- move over to the

28

1  lot. And he gets right behind me, so I just go
2  in the lot.
3    Q    Okay. Now, 147th Street is -- how many
4  lanes is on that --
5    A    It's --
6    Q    -- street?
7    A    It's four lanes, two going west, two
8  going east.
9    Q    Okay. And you said that you pulled
10 into a parking lot?
11   A    Um-hmm.
12   Q    Okay. What parking lot was that?
13   A    It's a plaza with -- it's just a
14 regular plaza. They have a beauty supply, a
15 store like a -- I don't know, like a little
16 supermarket.
17   Q    Okay. And you weren't going in there
18 to do any business, right? You were going in
19 there --
20   A    No --
21   Q    -- because the police officer --
22   A    -- I was just moving over out his way.
23 So I figure, okay, let me move over. And then
24 when he got right behind me, I pulled on up in

29

1  there.
2    Q    Okay. All right.
3         Now, where did you park in the
4  parking lot?
5    A    I parked right in front of the
6  supermarket right in a parking spot.
7    Q    Okay. What happened after that?
8    A    He asked me -- he pulled right up on my
9  bumper. And he asked me for my insurance and my
10 driver's license.
11   Q    Okay.
12   A    And I asked him what was the problem.
13   Q    Um-hmm.
14   A    So he told me that I ran two stop
15 signs.
16   Q    Okay. Did he tell you which stop signs
17 he thought that you ran?
18   A    He didn't tell me which ones. He said,
19 you ran two stop signs.
20   Q    Okay.
21   A    And I told him, I did not run those
22 stop signs. I saw you.
23   Q    Okay. And what did -- did he say
24 anything?

30

1    A    No, he didn't --
2    Q    He didn't?
3    A    -- say anything. He just told me, give
4    me my -- give him my license and insurance card.
5    Q    Okay. And did you do that?
6    A    Yes, I did.
7    Q    Okay. And did you have your license on
8    you at that point?
9    A    Yes, I did.
10   Q    Okay. And your insurance was current?
11   A    Yes.
12   Q    All right.
13        Now, that vehicle that you were
14   driving isn't actually your vehicle; right?
15   A    No, it's not.
16   Q    Okay. Whose vehicle was that?
17   A    Monica, my daughter's.
18   Monica Williams.
19   Q    Okay. Did you have permission to drive
20   that vehicle?
21   A    Yes.
22   Q    Okay. Now, is Monica the one that was
23   living with you at that time or was Monique the
24   one that was living with you at that time?

31

1    A    Monica doesn't live with me.
2    Q    Okay.
3    A    I was -- Monique doesn't live with me
4    either. Neither one of them lives with me.
5    Q    No, no. At that time.
6    A    No.
7    Q    Oh, I thought you said that --
8    A    Monica, at that time -- you was asking
9    me who lived in that house.
10   Q    Right.
11   A    But at that -- Monica -- well, at that
12   time, Monica was living there, but now she
13   doesn't live there.
14   Q    All right. That's what I am asking
15   you.
16        At that time --
17   A    Right.
18   Q    -- Monica lived with you at the 16344
19   Lawndale house?
20   A    In between -- Monica has another
21   residence.
22   Q    Okay. What's her other residence?
23   A    Monica lives on 1 -- 14639 Karlov.
24   That's in Midlothian.

32

1    Q    Okay. Okay. All right.
2         After -- what did the officer do
3    after he obtained your license and insurance
4    cards?
5    A    He sat in his car. And then he got
6    back out. And then another squad car pulled up.
7    And he told me that I was under arrest.
8    Q    Okay. Did he tell you why?
9    A    Nope.
10   Q    Okay. Did you come to learn why?
11   A    Yes, I did.
12   Q    Okay. And what was -- what was your
13   understanding of why you were arrested?
14   A    When I got to the police station --
15   Q    Okay.
16   A    -- he said it was because my -- my
17   license was suspended for the emissions test.
18   But he didn't tell me that at the time.
19   Q    Okay. He didn't tell you that it was
20   because of your emissions test?
21   A    No, he didn't tell me anything. He
22   just said, you have to come with me.
23   Q    Oh, no, no. Okay. I'm at the police
24   station now. All right? And so --

33

1    A    At the police station.
2    Q    At the police station, he told you that
3    your license was suspended?
4         Did he say why?
5    A    He didn't tell me. He, that officer
6    that arrested me, didn't tell me that it was my
7    emissions. The other officer that was helping
8    him, he gave him the number, and the other
9    officer was like, oh, that's -- that's just the
10   emissions.
11   Q    Oh, okay. So at the police
12   station -- do you recall the name of the officer
13   that pulled you over?
14        Let me ask you that.
15   A    No, I don't know his name.
16   Q    Okay. All right.
17        Does Officer Macree (phonetically)
18   sound --
19   A    Um-hmm.
20   Q    Okay. African-American?
21   A    Um-hmm.
22   Q    All right. Now, so he -- he stated to
23   another officer, she was pulled over for, let's
24   say, 6-303?

34
1    A   Yeah.
2    Q   And the other officer said, oh, that's
3   just emissions?
4    A   Spit it out.
5    Q   Oh, okay. All right. Very good.
6   Okay.
7        Now, when was -- let's go back to
8   the -- he said, all right, you need to come with
9   me?
10   A   Um-hmm.
11   Q   All right. Now, did you get out of
12  your car then or --
13   A   He said -- I said -- when he said,
14  you -- you are being arrested.
15       I was like, for what?
16       He was like, I can't tell you,
17  that. You got to wait until I get back to the
18  office, to the station.
19       And he told -- he said, give
20  me -- he said, turn off your car.
21       I said, I can call my daughter.
22  She can come right to get the car.
23       No. You have to -- no. We have
24  to impound it.

35
1    Q   So he said, I can't tell you why you
2   are being arrested?
3    A   Exactly.
4    Q   Okay. Where was the other officer at
5   at this time?
6    A   I'm not for sure if he -- he was just
7   pulling up or -- he was -- he really didn't get
8   out his car. The other officer got out his car
9   once I got out of mine. But other than that, he
10  stayed in his car.
11   Q   Okay. Did you notice whether or not he
12  had his windows rolled down or could
13  hear -- overhear your conversation?
14   A   I didn't notice that.
15   Q   Okay. So you -- so he says, turn
16  off -- turn off your vehicle?
17   A   Um-hmm.
18   Q   Okay. And you said, I can call my
19  daughter?
20   A   Right.
21   Q   Okay. Did you tell -- what did you
22  tell the officer specifically?
23   A   He said, turn off your vehicle and give
24  me the keys.

36
1        I said, I could call my daughter
2   to come pick up my car.
3        And he said, no. It has to be
4   impounded.
5    Q   Okay.
6    A   Why she can't? Because she was right
7   down the street.
8        No. We have to impound it.
9    Q   Okay. Now, did you tell -- did you
10  tell the officer that she was right down the
11  street?
12   A   Yes, I did.
13   Q   Okay. What did you say specifically?
14   A   She is right down the street.
15       I had my cell phone in my hand.
16   Q   Yeah.
17   A   She is -- I said, it's parked legal.
18  She can come and get it.
19       He said, no. It has to be
20  impounded.
21   Q   But she wasn't right down the street.
22   A   She's -- she's not ten minutes away.
23   Q   Okay. And she didn't know you were
24  being pulled over at that time, correct?

37
1    A   No, she did not know.
2    Q   Okay. And she, obviously, wasn't with
3   you, correct? You were by yourself?
4    A   I was by myself.
5    Q   Okay. And that parking lot you were in
6   was a private parking lot?
7    A   Yes, it is.
8    Q   Okay. What happened after you had that
9   conversation? Did -- with the police officer?
10       Did you, in fact, get out -- turn
11  the vehicle off and get out of the car?
12   A   Yes, I did.
13   Q   Okay. And what happened then?
14   A   Then he put the handcuffs on me. And I
15  told him that they were tight. And he said, just
16  don't -- put the handcuffs on me and put me in
17  the back of the car and told me, don't sit back
18  because they will get even tighter.
19   Q   Okay. When was the first time you told
20  him that the handcuffs were tight?
21   A   When he put them on me.
22   Q   Okay. And you were standing up at that
23  time?
24   A   I was standing up.

38

1    Q    Okay. And how were you handcuffed?
2    Behind your back? Is that accurate?
3    A    Behind my back.
4    Q    Okay. And what did the -- did the
5    officer say anything to you when you told him
6    that the handcuffs were tight?
7    A    He said -- he said he had to handcuff
8    me, and opened the door to his vehicle, and told
9    me, don't sit back --
10   Q    Okay.
11   A    -- because they will get tighter.
12   Q    Okay. He told you that he had to
13   handcuff you?
14   A    Yes.
15   Q    Okay. And he told you not to sit back
16   onto the --
17   A    Yes.
18   Q    -- handcuffs?
19   A    Yes.
20   Q    All right. Did you sit back onto the
21   handcuffs then?
22   A    No.
23   Q    I'm just asking you.
24   A    They were already tight. I was already

39

1    upset.
2    Q    Okay.
3    A    No, I did not.
4    Q    Okay. How long -- where did you sit in
5    the car?
6    A    In the little tight back seat.
7    Q    Okay. Did you sit behind the officer
8    or in the --
9    A    Behind the passenger's side.
10   Q    Okay. And how were you -- you said you
11   were leaning forward in the squad car?
12   A    Um-hmm.
13   Q    Okay.
14   A    And it was -- it's a small -- it was
15   just a little small -- I know they're not trying
16   to make nobody comfortable, but it was a small
17   back seat.
18   Q    Okay. And where did you proceed from
19   there?
20   A    He went up 147th Street going east over
21   to Harrison, I guess that's what it is, Harrison,
22   and to the police station.
23   Q    How far away is the police station from
24   where you were pulled over?

40

1    A    Maybe seven minutes. It's not far.
2    Q    Less than a mile?
3    A    It's maybe about a mile or two. It's
4    not far.
5    Q    Okay. Did you talk to the officer
6    while you were in the car?
7    A    No.
8         I asked him -- I asked him one
9    more time, could you tell me why I am being
10   arrested.
11        And he told me that he had to wait
12   until I got into the police station.
13   Q    Okay. Is that the only conversation
14   you had with him in the vehicle?
15   A    That was the only conversation.
16   Q    Okay. And he never said anything to
17   you at all besides that?
18   A    No, because I was -- I was trying, like
19   I can't -- I don't understand. I can't imagine
20   what it is. And he was just driving.
21   Q    Okay. Well, he told you about the stop
22   sign stuff, though, right, before?
23   A    Yeah.
24   Q    All right. Now, did -- did you

41

1    overhear him having any conversation with the
2    other police officer on the scene?
3    A    No, I didn't over- -- I don't recall
4    overhearing him having a conversation with the
5    guy because he was in his car.
6    Q    Okay. No, no, no. I'm just asking
7    you, do you know whether or not he did talk to
8    him at all?
9    A    I don't know.
10        I'm sure he talked to him. He had
11   to call in to the pound. He called them.
12        Well, the conversation at the
13   police station, the other guy was like, the
14   pound, they came right there, you know. So I
15   know he talked to him.
16   Q    Did you ever see a tow truck on --
17   A    No, I --
18   Q    -- that day?
19   A    -- didn't see the tow truck.
20   Q    Okay. So to your knowledge, it arrived
21   after you had left the scene?
22   A    Um-hmm.
23   Q    And do you know whether or not
24   Officer Macree called in the tow vehicle, or do

42

1  you think the other officer -- I mean, did you
2  ever hear Officer Macree calling in the tow
3  vehicle?
4      A   No, I didn't hear him. I wasn't in the
5  car when he was doing his dirt.
6      Q   Okay. What do you mean by dirt?
7      A   Calling the pound, having my car
8  impounded when he -- when my daughter could have
9  easily came and got it.
10     Q   Okay. So you didn't hear him call the
11  tow?
12     A   No.
13     Q   Okay. So you don't know whether, in
14  fact, he did it or the other officer did it?
15     A   When I am in the police station, the
16  other guy said, that tow came right away.
17     Q   Okay. Well, let me tell you -- on the
18  scene, you didn't know whether or not he called
19  or the other officer called?
20     A   No.
21     Q   Okay. Again, these questions are very,
22  you know, specific to the time. I'll get to the
23  police station.
24         And you -- so you arrive at the

43

1  police station?
2      A   Um-hmm.
3      Q   And you get out of the vehicle?
4      A   Um-hmm.
5      Q   Okay. What happens after that?
6      A   We went -- we came in through the back,
7  and he handcuffed me to a wall.
8      Q   Am I right in characterizing this:
9          You have one hand in a handcuff
10  and one -- the other --
11     A   Yes.
12     Q   -- cuff is attached to the wall,
13  correct?
14     A   Yes.
15     Q   All right.
16         Are there other people around you
17  at this point?
18     A   No.
19     Q   Okay. Where did -- the officer who
20  arrested you, where did he go?
21     A   He came in and the other officer came
22  right behind him. So after he handcuffed me, he
23  walked over to another space of the office.
24     Q   Okay. Who was the other officer?

44

1      Q   Do you know what his name was?
2      A   No, I don't.
3      Q   Okay. Was he African-American? White?
4      A   He was Hispanic.
5      Q   Okay. And did you overhear any
6  conversations between the two officers at that
7  point?
8      A   Yeah. They were talking about the
9  number, and that's when the other officer just
10  said, that's just the emissions.
11         And then a chase came on their
12  radio, and the other officer was like, oh, wow.
13  Because he like, we are in here and we could be
14  out there. So. . .
15     Q   Oh, meaning that a chase was going on?
16     A   It was a -- yeah.
17     Q   A police chase?
18     A   Um-hmm.
19     Q   Okay.
20         So what you told me before is what
21  you overheard them speaking about?
22     A   Yes.
23     Q   About the -- Officer Macree said the
24  number and the other officer said emissions?

45

1      A   Um-hmm.
2      Q   Okay. And what else about the towing?
3  You said you overheard him say something about
4  the towing?
5      A   He just said -- the other officer said,
6  the tow came right away. That's all he said.
7      Q   Okay. Was that in response to anything
8  that Officer Macree said?
9      A   I wouldn't know. I wasn't --
10     Q   Okay.
11     A   -- paying him any attention. I was
12  upset.
13     Q   Okay. What happened -- how long did
14  you stay handcuffed to the wall?
15     A   I would say maybe about 15, 15 minutes.
16     Q   Okay. What happened after that?
17     A   The other officer uncuffed me and took
18  my picture. And he -- that's it. He just
19  uncuffed me and took my picture.
20     Q   Okay. You are speaking about the
21  Hispanic officer --
22     A   Yes.
23     Q   -- at this point?
24         All right.

46

1    A    And put the information in the system.
2    Q    Okay. And what happened after that?
3    A    He, the other officer, Macree, said
4  that, you can have someone to come pick you up
5  now.
6    Q    Okay. All right. And what -- did you
7  contact -- did you say anything back to him at
8  all?
9    A    I got on my cell phone and called my
10  sister.
11    Q    Okay. And your sister's name?
12    A    Juanita Williams.
13    Q    Okay. And where does she live at?
14    A    She lives in Markham.
15    Q    Okay. And did your sister come and get
16  you, then?
17    A    Yes, she did.
18    Q    Okay. How long before your sister
19  arrived?
20    A    It took her maybe 15, 20 minutes to get
21  there.
22    Q    Okay. And were you allowed to leave
23  the police station at that time?
24    A    Yeah.

47

1    Q    Okay. Did you have to pay any amount
2  of money to bond out at all?
3    A    No. I had an I bond.
4    Q    Okay. And did you talk to your sister
5  about the incident?
6    A    Yes, I did.
7    Q    Okay. Can you recall what you spoke
8  about?
9    A    I told her that he pulled me over on
10  some crap, told me that I didn't stop, when I saw
11  him and another car, two cars. Why wouldn't I
12  make a stop at the stop sign? And they towed my
13  car when they -- when Monica could have came and
14  got it.
15    Q    Is that all you guys spoke about?
16    A    Um-hmm.
17    Q    All right.
18       Where did you go from -- after
19  Juanita picked you up?
20    A    I went home.
21    Q    Okay. Did you go to the pound at all?
22    A    The pound is closed.
23    Q    Okay. How did you know that?
24    A    Because they told me.

48

1    Q    Oh, the police officer told you?
2    A    Yeah.
3    Q    Okay. Which police officer told you
4  that?
5    A    The Hispanic guy.
6    Q    Okay. Did you call to verify that at
7  all?
8    A    He said it closes at 5:00.
9    Q    What time did you get pulled --
10    A    7:30, 8:00.
11    Q    All right. So how did the pound even
12  come and get -- how did the tow truck even get
13  you. Do you know?
14    A    They called for the tow.
15    Q    Oh, okay. But I mean if it's closed, I
16  don't know why he'd come and get you.
17    A    Why who wouldn't come and get me?
18    Q    The tow truck.
19    A    Why the tow truck didn't come and get
20  the car?
21    Q    Right. If it's closed, it would seem
22  that --
23    A    It's closed for you to pick up because
24  they want to get the money.

49

1    Q    Oh. But they will --
2    A    You --
3    Q    -- still tow it?
4    A    They'll pay it -- they'll tow your car
5  all day.
6    Q    Okay.
7    A    But you can't go and get it until their
8  hours of business.
9    Q    Okay. Did you contact the tow company
10  at all that night?
11    A    No, I didn't contact them.
12    Q    Okay. When was -- when did you go to
13  the impound (sic)?
14    A    The following morning after I left the
15  city of Posen.
16    Q    What time did you arrive there, do you
17  know?
18    A    About 9:00 or 10:00 o'clock because
19  they said you have to get it between 9:00 and
20  12:00 or 9:00 and 11:00, some crazy hours. And
21  if you don't get it by that time, then you'd have
22  to wait until Monday.
23    Q    Okay. So it would be a Saturday,
24  though, right?

50

1    A    That was Saturday morning.
2    Q    Okay. Who drove you to the --
3    A    Juanita.
4    Q    Okay. Do you recall where the pound is
5    located at?
6    A    It's -- it's -- I don't know the
7    address. It's right -- right around where the
8    car got towed from. That's why they was right
9    there to get it.
10    Q    Okay. In Posen?
11    A    Yes.
12    Q    All right. Do you recall what you paid
13    to get the car out?
14    A    I had to pay the city of Posen I think
15    it was $25 for the processing fee, and the car
16    was, I don't know, 269, almost 3. I had -- I
17    don't know exactly what the exact numbers were,
18    but it was close to $300.
19    Q    Okay. All right. If I had 260 here,
20    would that seem --
21    A    Yeah.
22    Q    -- accurate?
23    A    Um-hmm.
24    Q    Okay. Can you tell me your driving

51

1    background?
2         Have you ever been pulled over
3    before this incident?
4    A    For?
5    Q    Like speeding or anything to that
6    effect?
7    A    I haven't had a speeding ticket in
8    awhile.
9    Q    Okay. Were you pulled over for any
10    other moving violations or anything?
11    A    I got pulled over maybe two years ago,
12    I think it was two years ago, for the same thing,
13    for the emissions.
14    Q    Okay. Do you know who did that?
15    A    It was -- I don't know who it was. It
16    was in the city -- it was in South Holland.
17    Q    Okay. But you had not been pulled over
18    in 2007 --
19    A    No.
20    Q    -- prior to this incident?
21    A    No.
22    Q    Okay. Now, you had a court date that
23    you went to?
24    A    Yes.

52

1    Q    All right. Was it January 14th?
2         Does that seem right?
3    A    Yes.
4    Q    Okay. And it was at Markham
5    courthouse?
6    A    Yes.
7    Q    And did you arrive at that time?
8    A    Yes, I did.
9    Q    Okay. And what -- did you have an
10    attorney with you?
11    A    No, I didn't.
12    Q    Okay. What did you -- what happened
13    when you arrived?
14    A    When they called my name, I went up
15    there.
16         And the judge asked me did I run
17    the stop signs.
18         I told him no, I did not run any
19    stop signs.
20         And he threw it out.
21    Q    Okay. Was there a prosecutor there?
22    A    Yes.
23    Q    Okay. So they didn't ask for the
24    officer to come up for a trial or anything to

53

1    that effect?
2    A    Um-um.
3    Q    The judge just tossed it?
4    A    The judge tossed it.
5    Q    Okay. Do you recall -- do you know
6    which judge it was?
7    A    No, I don't remember.
8    Q    Okay. It was in Room 201, though?
9    A    If that's what the ticket says.
10         I can't remember where it was at.
11    Q    Okay. Do you recall, the judge, was he
12    African-American, White?
13    A    He was White.
14    Q    Okay. Do you know what type of name he
15    had?
16         Could you distinguish like Irish
17    or Polish or --
18    A    Oh --
19    Q    -- anything like that?
20    A    -- I don't even remember his name.
21    Q    Okay.
22    A    Because I sat there awhile. I just
23    didn't think to remember his name.
24    Q    Okay. What happened to the

54

1  driving-while-license-suspended ticket?
2     A   What do you mean, what happened to it?
3     Q   You received a ticket for driving while
4  license is suspended also, right?
5     A   Those are the two tickets I have.
6     Q   Right. Okay. One is for disobeying a
7  stop sign, correct?
8     A   Um-hmm.
9     Q   And the other is for driving while
10  license is suspended, correct?
11    A   Tickets -- both tickets were thrown
12  out.
13    Q   Okay. Did -- what did the judge ask
14  you about this driving while license is
15  suspended?
16    A   My licenses are not suspended anymore.
17  The emissions suspended my license. And all I
18  had to do, what I did before, was to send in the
19  paperwork to let them know that I didn't own the
20  car anymore. So it automatically lifted the
21  suspension.
22    Q   Okay. Did you show the prosecutor any
23  type of documentation at all?
24    A   They had their own paperwork.

55

1     Q   The prosecutor had his own paperwork --
2     A   He --
3     Q   -- that --
4     A   The -- when they went in my folder,
5  they saw that the suspension was lifted.
6     Q   Okay. But you acknowledge that your
7  driver's license was suspended when you were
8  pulled over?
9     A   I didn't know my driver's license was
10  suspended.
11    Q   That's not what I asked you.
12       I asked you, do you acknowledge
13  that it was suspended when you were pulled over?
14    A   I don't understand what you mean, I
15  acknowledge it.
16    Q   Was your license suspended at the time
17  you were pulled over?
18    A   Not to my knowledge.
19    Q   That's not what I am asking you.
20       I'm not asking you what you knew.
21  I'm -- was it suspended?
22    A   Yeah, it was suspended.
23    Q   Okay. All right.
24       Did you miss any work because of

56

1  this incident at all?
2     A   No, I didn't miss any work.
3     Q   Okay. And I assume that you weren't
4  injured at all?
5     A   Mentally. I'm not -- I mean, other
6  than that, I wasn't physically injured.
7     Q   Okay. What type of mental?
8     A   It's -- it's a -- it's a -- it's just
9  the -- a feeling you get when you feel like you
10  have been violated. Not -- and he -- I don't
11  think he was treating me -- was treating me
12  right. He handcuffed me like I -- tight like I
13  was a criminal. I mean, I -- and he knew, I
14  really feel he knew that it was just an
15  emissions -- emissions violation; that he had to
16  lock me up like I just ran somebody over.
17    Q   Okay. So you basically -- you think
18  that you were treated unfairly?
19    A   Yes, I do.
20    Q   Okay. And you felt that it was unfair
21  for him to tow your vehicle as well?
22    A   Yes, I do.
23    Q   Okay. You never saw any specialist at
24  all --

57

1     A   No.
2     Q   -- correct, concerning this?
3     A   No.
4     Q   Has this incident, in any way, affected
5  your daily lifestyle?
6     A   No, it doesn't affect my daily
7  lifestyle.
8     Q   All right.
9       Have you ever been arrested
10  before?
11    A   No.
12    Q   You know what, I'm going to mark the
13  tickets as Exhibit No. 1.
14       (Whereupon, Lang Deposition
15       Exhibit No. 1 was marked for
16       identification.)
17  BY MR. CAINKAR:
18    Q   All right. I'm pretty much done asking
19  you questions.
20       I mean, you have an
21  opportunity -- normally your attorney could ask
22  you questions as well. So if you want to say
23  anything to get it on the record, you are welcome
24  to.

**58**

```
1    A   No, I'm okay.
2    Q   Okay.  And let me explain this to
3    you.
4        You have an opportunity to obtain
5    a copy of the transcript to review it --
6    A   Um-hmm.
7    Q   -- and sign it to ensure its accuracy.
8    And basically what you are doing is you are
9    ensuring that what you said she took down
10   properly.
11       And what --
12   A   Okay.
13   Q   -- I mean by that, you can't change
14   substantive answers like a yes to a no.
15   A   Right.
16   Q   But if there's a typo or something, you
17   can change that.
18   A   Right.
19   Q   Or you have an opportunity to just
20   waive it and trust that what she took down is
21   what, in fact, you and I both spoke about here
22   today.
23       So would you like to waive or
24   would you like to reserve the signature?
```

**59**

```
1    A   I just -- I would like to have a copy.
2    Q   Oh, you can get a copy.
3    A   Right.
4    Q   But I'm asking you, do you want a copy
5    of it to read and sign off?
6    A   To read and sign off.
7    Q   Okay.
8        She will reserve, then.
9        FURTHER DEPONENT SAITH NOT. . .
10
```

**60**

```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
                  EASTERN DIVISION
3   GARDENIA LANG,              )
4      Plaintiff;               )
5      vs.              ) No. 07 C 7274
6   CITY OF POSEN; POLICE       )
    DEPARTMENT OF POSEN; POLICE )
7   OFFICER V. MC LINE,         )
    (Badge #17); CHIEF OF POLICE )
8   OF THE POSEN POLICE DEPARTMENT)
                                )
9      Defendants.      )
10
11      This is to certify that I have
12   read the transcript of my deposition taken on the
13   6th day of May, A.D., 2008, in the foregoing
14   cause, and that the foregoing transcript
15   accurately states the questions asked and answers
16   given by me, with the changes or corrections, if
17   any, made on the Errata Sheet(s) attached
18   hereto.
19
20      _____
            Gardenia Lang
21
     Subscribed and sworn to
22   before me this _____ day
     of _____, 2008
23
24      _____
             Notary Public
```

**61**

```
1   STATE OF ILLINOIS  )
                       ) SS:
2   COUNTY OF COOK     )
3       I, Leah Ann Bezin, a notary public
4   in and for the County of Cook and State of
5   Illinois, do hereby certify that Gardenia Lang
6   was first duly sworn to testify the whole truth,
7   and that the above deposition was recorded
8   stenographically by me and was reduced to
9   computerized transcript under my personal
10  direction.
11      I further certify that the said
12  deposition shall be examined and read over by
13  said deponent and shall be signed by her and that
14  the said deposition constitutes a true record of
15  the testimony given by the said witness.
16      I further certify that the said
17  deposition was taken at the time and place
18  specified and that the taking of said deposition
19  commenced on the 6th day of May, A.D., 2008, and
20  was completed the same day.
21      I further certify that
22  Ms. Gardenia Lang, 16344 Lawndale Avenue,
23  Markham, Illinois 60428, appeared pro se; and
24  that Mr. Joseph Cainkar of the firm of Louis F.
```

62

1   Cainkar, Ltd., of Suite 3922, 30 North LaSalle
2   Street, Chicago, Illinois 60602-3333, appeared as
3   attorney for the defendants.
4           I further certify that I am not a
5   relative or employee or attorney or counsel of
6   any of the parties, or a relative or employee of
7   such attorney or counsel, or financially
8   interested directly or indirectly in this
9   action.
10          In witness whereof, I have
11  hereunto set my hand and affixed my seal of
12  office, at Chicago, Illinois, this _____ day of
13  _____, A.D., 2008.
14
15
16
17  _____

    Notary Public,
18  Cook County, Illinois
    CSR License No. 084-001104
19
20
21          My commission expires 2-2-09
22
23
24

63

1           SULLIVAN REPORTING COMPANY
            2 North LaSalle St.
2           Suite 1780
            Chicago, IL 60602,
3           (312) 782-4705
4           May 9, 2008
5   Ms. Gardenia Lang
    16344 Lawndale Avenue
6   Markham, IL 60428
7   Re: Lang vs. City of Posen
        07 C 7274
8
    Dear Ms. Lang:
9
        This letter is to advise you that your
10  deposition taken in the above-captioned matter on
    May 6, 2008, has been prepared and is available
11  for you to read and sign.
12      As you reserved signature to the deposition,
    it is necessary that you contact our office at
13  the above telephone number within two weeks of
    the receipt of this letter to arrange for an
14  appointment to come in for the reading, signing
    and correcting of said transcript.
15
        Please be advised that a courtesy copy of
16  the transcript cannot be provided to you.
17      Your prompt attention to this matter will be
    greatly appreciated.
18
        Sincerely yours,
19
20
        Leah Ann Bezin, CSR
21      SULLIVAN REPORTING COMPANY
22  cc: Mr. Cainkar
23  CERTIFIED MAIL
    RETURN RECEIPT REQUESTED
24

1

**A**

able 5:1,9,18
about 4:14 6:20
  20:14 24:16 25:4
  40:3,21 44:8,21,23
  45:2,3,15,20 47:5,8
  47:15 49:18 54:14
  58:21
above 61:7 63:13
above-captioned
  63:10
accuracy 58:7
accurate 13:16 15:21
  26:16 38:2 50:22
accurately 60:15
acknowledge 55:6,12
  55:15
across 16:6
action 62:9
actually 13:2,9,14
  20:4,9,18 25:23
  30:14
address 9:21,24
  10:20 12:15 50:7
advise 63:9
advised 63:15
affect 57:6
affected 57:4
affixed 62:11
African-American
  33:20 44:3 53:12
after 8:18 11:2 22:7
  29:7 32:2,3 37:8
  41:21 43:5,22
  45:16 46:2 47:18
  49:14
again 5:9 42:21
ago 51:11,12
ahead 6:7
allowed 46:22
almost 50:16
along 19:3
already 27:20 38:24
  38:24
always 19:24
amount 47:1
Angela 6:24
Angie 10:1
Ann 1:17 61:3 63:20
another 5:23 13:7
  14:8,9,22 15:16,17
  15:24 16:1 24:3
  27:15 31:20 32:6
  33:23 43:23 47:11
answer 5:17,18 6:7
answering 5:24
answers 5:16 58:14
  60:15
anymore 54:16,20
anything 11:7 29:24
  30:3 32:21 38:5

40:16 45:7 46:7
  51:5,10 52:24
  53:19 57:23
**APPEARANCES** 2:1
appeared 61:23 62:2
appearing 2:4
appointment 63:14
appreciated 63:17
approached 12:18
  17:22 18:2 25:2,5
approaching 14:9
  22:11 27:15
approximately 10:5
around 10:4 19:18
  27:22 43:16 50:7
arrange 63:13
arrest 32:7
arrested 32:13 33:6
  34:14 35:2 40:10
  43:20 57:9
arrive 42:24 49:16
  52:7
arrived 41:20 46:19
  52:13
artificial 19:2
aside 16:11
asked 29:8,9,12 40:8
  40:8 52:16 55:11
  55:12 60:15
asking 4:13 5:17
  17:13,19 27:1 31:3
  31:14 38:23 41:6
  55:19,20 57:18
  59:4
associate's 8:11
assume 56:3
assuming 9:19
attached 43:12 60:17
**Attend** 8:18
attention 26:13 45:11
  63:17
attorney 52:10 57:21
  62:3,5,7
automatically 54:20
available 63:10
Avenue 2:3 8:5 61:22
  63:5
away 15:9 21:14,16
  36:22 39:23 42:16
  45:6
awhile 51:8 53:22
**A.D** 1:20 60:13 61:19
  62:13

**B**

**B** 3:10
back 12:4 21:2,18,21
  24:19,20 26:7,8,12
  26:16 32:6 34:7,17
  37:17,17 38:2,3,9
  38:15,20 39:6,17

43:6 46:7
background 51:1
bad 9:8,8
**Badge** 1:8 60:7
basically 56:17 58:8
beauty 28:14
before 1:17 5:17,23
  8:4 9:10 10:16
  11:17 13:14 16:20
  17:6 20:12,13
  21:13 24:16 40:22
  44:20 46:18 51:3
  54:18 57:10 60:22
behind 12:2,8 19:23
  20:8,13,17,18 21:7
  21:22 22:5,14,19
  24:24 25:21 26:3
  28:1,24 38:2,3 39:7
  39:9 43:22
being 34:14 35:2
  36:24 40:9
belief 26:2
believe 13:2,9 23:2,19
besides 40:17
between 31:20 44:6
  49:19
**Bezin** 1:17 61:3 63:20
big 14:11
bill 9:7
biller 9:1,7
billing 8:20
bit 20:7
**Blackwell** 6:24
block 16:19 18:10
  24:7
blocking 17:16
bond 47:2,3
both 5:15 14:20
  54:11 58:21
bright 19:1
building 12:8,10,12
  14:14,17
bumper 29:9
business 8:17 28:18
  49:8

**C**

**C** 1:5 60:5 63:7
**Cainkar** 2:5,6 3:5 4:8
  4:9 57:17 61:24
  62:1 63:22
call 34:21 35:18 36:1
  41:11 42:10 48:6
called 1:13 4:3 41:11
  41:24 42:18,19
  46:9 48:14 52:14
calling 42:2,7
came 11:22 18:4 20:7
  22:1,7,22 24:23
  41:14 42:9,16 43:6
  43:21,21 44:11

45:6 47:13
car 15:9 19:23 20:1
  21:2,18 25:21 26:3
  26:14 32:5,6 34:12
  34:20,22 35:8,8,10
  36:2 37:11,17 39:5
  39:11 40:6 41:5
  42:5,7 47:11,13
  48:20 49:4 50:8,13
  50:15 54:20
card 30:4
cards 32:4
cars 14:5 20:8 21:5
  22:13 47:11
cause 60:14
cc 63:22
cell 36:15 46:9
**Center** 9:12
**CERTIFIED** 63:23
certify 60:11 61:5,11
  61:16,21 62:4
change 58:13,17
changes 60:16
characterizing 43:8
chase 44:11,15,17
**Chicago** 1:19 2:7 8:6
  62:2,12 63:2
**CHIEF** 1:8 60:7
children 7:15 8:2
**Christmas** 11:2,4,8
city 1:6 49:15 50:14
  51:16 60:6 63:7
**Civil** 1:14
civilian 21:5
claims 9:8,9
class 8:20
close 15:7 50:18
closed 47:22 48:15,21
  48:23
closes 48:8
come 13:5 32:10,22
  34:8,22 36:2,18
  46:4,15 48:12,16,17
  48:19 52:24 63:14
comfortable 39:16
coming 10:15,23 11:1
  11:24 13:24 22:13
  25:15 27:16
commenced 61:19
commercial 61:14
commission 62:21
company 49:9 63:1
  63:21
complete 25:9
completed 61:20
computerized 61:9
concerning 57:2
constitutes 61:14
contact 46:7 49:9,11
  63:12
controlled 23:17,21

conversation 35:13
  37:9 40:13,15 41:1
  41:4,12
conversations 44:6
**Cook** 1:18 61:2,4
  62:18
copy 58:5 59:1,2,4
  63:15
corner 15:16
correct 4:11 9:14,21
  15:13 16:16 22:23
  36:24 37:3 43:13
  54:7,10 57:2
correcting 63:14
corrections 60:16
counsel 62:5,7
**County** 1:18 61:2,4
  62:18
couple 20:8
court 1:1 5:14 51:22
  60:1
courtesy 63:15
courthouse 52:5
**Courts** 1:15
coworker 10:18
  11:18
crap 47:10
crazy 49:20
criminal 56:13
**CSR** 62:18 63:20
cuff 43:12
current 30:10
currently 6:15 7:1
  8:21

**D**

**D** 3:1
daily 57:5,6
dark 18:5,6,11,19
date 10:6 51:22
daughter 10:1 34:21
  35:19 36:1 42:8
daughters 7:18
daughter's 30:17
day 1:20 41:18 49:5
  60:13,22 61:19,20
  62:12
**Dear** 63:8
debt 9:8,9
**December** 4:15 9:19
  10:5 18:14
defendants 1:9,13 2:8
  60:9 62:3
degree 8:11
**DEPARTMENT** 1:7
  1:8 60:6,8
deponent 59:9 61:13
deposition 1:12 3:13
  57:14 60:12 61:7
  61:12,14,17,18
  63:10,12

depositions 1:16
describe 18:21
described 18:11
different 4:24
direction 19:20 20:5
    24:9 61:10
directly 62:8
dirt 42:5,6
disobeying 54:6
distance 21:1
distinguish 53:16
District 1:1,1,15 60:1
    60:1
DIVISION 1:2 60:2
documentation 54:23
doing 42:5 58:8
done 57:18
door 38:8
down 5:15,18 11:22
    15:11 35:12 36:7
    36:10,14,21 58:9,20
drink 11:7
drive 21:20 30:19
driven 21:14
driver's 29:10 55:7,9
driving 13:6 20:24
    21:16 22:17 30:14
    40:20 50:24 54:3,9
    54:14
driving-while-licen...
    54:1
drop 10:19 23:8
dropped 11:18
dropping 10:17 12:10
drove 21:15 50:2
duly 4:4 61:6
dusk 18:13
duties 9:6,16

_____
            E
_____
E 3:1,10
each 15:1
easily 42:9
east 24:4,20,22 28:8
    39:20
EASTERN 1:2 60:2
easy 27:7
edge 13:13 22:11
edged 25:10
education 8:10
effect 51:6 53:1
either 31:4
emissions 32:17,20
    33:7,10 34:3 44:10
    44:24 51:13 54:17
    56:15,15
employed 8:21,23 9:3
    9:10
employee 62:5,6
ensure 58:7
ensuring 58:9

enter 13:14
Errata 60:17
even 26:13 37:18
    48:11,12 53:20
ever 7:3 41:16 42:2
    51:2 57:9
exact 50:17
exactly 22:6 25:3
    27:1 35:3 50:17
examination 1:13 3:4
    4:6
examined 4:4 61:12
excuse 10:4
Exhibit 3:14 57:13,15
exit 13:21 18:8
expires 62:21
explain 58:2
extent 4:18 5:4

_____
            F
_____
F 2:5 61:24
facing 15:1,2
fact 37:10 42:14
    58:21
fairly 18:24 19:1
familiar 10:6 19:5
    23:3
far 18:8 25:19 39:23
    40:1,4
fast 18:1,3
February 9:4 10:4
fee 50:15
feel 26:19 56:9,14
feeling 56:9
felt 26:7,11 56:20
few 22:16
figure 28:23
financially 62:7
finish 5:17,23
firm 61:24
first 4:3 11:21 13:5
    16:15 20:22 22:2
    27:13 37:19 61:6
flag 15:11
flashing 12:3
folder 55:4
following 20:4 49:14
follows 4:5
foregoing 60:13,14
forward 39:11
four 28:7
Francisco 22:24
friend 10:17
from 8:12 10:15,18
    10:23 11:1 13:20
    16:11 18:8 22:10
    39:18,23 47:18
    50:8
front 29:5
further 59:9 61:11,16
    61:21 62:4

_____
            G
_____
Gardenia 1:3,12 2:3
    3:3 4:2 6:14 60:3
    60:20 61:5,22 63:5
gave 33:8
gets 28:1
getting 13:8
give 30:3,4 34:19
    35:23
given 60:16 61:15
go 6:7 25:17 27:24
    28:1 34:7 43:20
    47:18,21 49:7,12
going 4:13 5:14 10:3
    14:1,7 16:24 18:2,3
    18:7 20:4 21:15
    23:12 24:11,19
    27:21,22 28:7,8,17
    28:18 39:20 44:15
    57:12
good 21:11 34:5
graduate 8:14
greatly 63:17
green 22:12 23:22
guess 14:13 16:8
    20:19 24:6 39:21
guy 41:5,13 42:16
    48:5
guys 47:15

_____
            H
_____
H 3:10
half 18:10,10
hand 36:15 43:9
    62:11
handcuff 38:7,13
    43:9
handcuffed 38:1 43:7
    43:22 45:14 56:12
handcuffs 37:14,16
    37:20 38:6,18,21
handle 9:8
happened 11:10,16
    29:7 37:8,13 45:13
    45:16 46:2 52:12
    53:24 54:2
happens 43:5
Harrison 11:12 23:9
    24:7 39:21,21
having 4:3 41:1,4
    42:7
hear 5:4,9 27:14
    35:13 42:2,4,10
helping 33:7
her 6:23 10:19,20
    11:18 12:10,14
    23:9 31:22 46:20
    47:9 61:13
hereto 60:18
hereunto 62:11
highest 8:9

him 12:2 20:13,19
    22:14 25:17,23
    26:8,10,10,13,16,24
    27:3,22 29:12,21
    30:4 33:8,8 37:15
    37:20 38:5 40:8,8
    40:14 41:1,4,8,10
    41:15 42:4,10
    43:22 45:3,11 46:7
    47:11 52:18 56:21
Hispanic 44:4 45:21
    48:5
Holland 51:16
home 11:18 47:20
Hospital 8:24
hours 49:8,20
house 31:9,19
Hyde 11:2,6

_____
            I
_____
identification 3:12
    57:16
IL 63:2,6
Illiana 9:12
Illinois 1:1,18,20 2:4
    2:7 60:1 61:1,5,23
    62:2,12,18
illuminated 19:11
imagine 40:19
impound 34:24 36:8
    49:13
impounded 36:4,20
    42:8
incident 4:14 10:16
    47:5 51:3,20 56:1
    57:4
Indiana 9:14
indirectly 62:8
information 46:1
initially 11:16
injured 56:4,6
insurance 29:9 30:4
    30:10 32:3
interested 62:8
intersection 16:15
    17:23 23:15 24:5
Irish 53:16

_____
            J
_____
Jackson 8:24 9:11
    10:23
January 52:1
Joe 4:9
Joseph 2:6 61:24
Juanita 46:12 47:19
    50:3
judge 52:16 53:3,4,6
    53:11 54:13
just 8:20 11:19 14:13
    15:4 17:13 18:4,5,6
    18:19 19:1 20:9,9

21:16,21 26:11,19
    26:22 27:21 28:1
    28:13,22 30:3
    32:22 33:9 34:3
    35:6 37:15 38:23
    39:15 40:20 41:6
    44:9,10 45:5,18
    53:3,22 56:8,14,16
    58:19 59:1

_____
            K
_____
Karlov 11:23
keys 35:24
knew 21:17 55:20
    56:13,14
know 14:15,21 15:22
    20:23,24 21:1,21
    22:12 23:7,7,8,12
    26:2,22 28:15
    33:15 36:23 37:1
    39:15 41:7,9,14,15
    41:23 42:13,18,22
    44:1 45:9 47:23
    .48:13,16 49:17
    50:6,16,17 51:14,15
    53:5,14 54:19 55:9
    57:12
knowledge 22:4 26:2
    41:20 55:18

_____
            L
_____
lane 27:21
lanes 28:4,7
Lang 1:3,12 2:3 3:3
    3:13 4:2,9 6:14 7:6
    7:10 8:2 57:14 60:3
    60:20 61:5,22 63:5
    63:7,8
LaSalle 1:19 2:6 62:1
    63:1
last 6:12
late 18:4,6
later 22:17
Lawndale 2:3 6:17
    8:5,6 9:20 31:19
    61:22 63:5
Leah 1:17 61:3 63:20
leaning 39:11
learn 32:10
leave 46:22
left 11:20 14:6 25:13
    41:21 49:14
legal 36:17
length 15:9
Leona's 11:6
Less 40:2
let 12:4 15:22 22:20
    25:17 27:20,23
    28:23 33:14 42:17
    54:19 58:2
letter 63:9,13

let's 33:23 34:7
level 8:9
license 29:10 30:4,7
  32:3,17 33:3 54:4
  54:10,14,17 55:7,9
  55:16 62:18
licenses 54:16
lifestyle 57:5,7
lifted 54:20 55:5
light 19:5 22:12
  23:20 24:5,8,8,15
  24:23 25:15 27:16
lighting 19:2
lights 12:3 18:15,16
  18:17 19:9,9,10
  20:9 22:18 27:13
  27:16,19
like 12:7 14:13,24
  16:7 18:13,19 19:7
  22:16,19 27:19,22
  28:15,15 33:9
  34:15,16 40:18
  41:3 44:12,13
  51:5 53:16,19 56:9
  56:12,12,16 58:14
  58:23,24 59:1
LINE 1:7 60:7
lit 18:23,24 19:1,7
little 20:7 28:15 39:6
  39:15
live 6:21 8:4,7 31:1,3
  31:13 46:13
lived 6:18 31:9,18
lives 31:4,23 46:14
living 30:23,24 31:12
located 12:13 50:5
lock 56:16
long 6:18 7:9 8:7 9:2
  39:4 45:13 46:18
look 21:1 24:20 25:23
  26:10,23,23
looked 21:16 25:12
  25:15
looking 23:11 24:20
  25:21,23 26:13
lot 11:20 12:5,6,7,8
  13:6,14,21,24 14:1
  14:2,11,15 15:14,15
  16:12 17:10 18:4,9
  22:20,21,22 28:1,2
  28:10,12 29:4 37:5
  37:6
Louis 2:5 61:24
Ltd 2:5 62:1
L-a-n-g 6:14

M

Macree 33:17 41:24
  42:4 44:23 45:8
  46:3
made 14:6 16:4 20:6

25:9,18 60:17
MAIL 63:23
major 8:16
make 6:6 23:1 39:16
  47:12
manner 4:24
many 7:17 28:3
mark 57:12
marked 57:15
Markham 2:4 6:17
  46:14 52:4 61:23
  63:6
married 7:1,3,5,9,13
  7:23
matter 17:5 23:13
  63:10,17
May 1:20 60:13
  61:19 63:4,10
maybe 22:20 40:1,3
  45:15 46:20 51:11
MC 1:7 60:7
mean 12:6 42:1,6
  48:15 54:2 55:14
  56:5,13 57:20
  58:13
meaning 44:15
meant 21:4
medical 8:20 9:1
Medicare 9:7,7,8
mental 56:7
Mentally 56:5
Midlothian 31:24
might 26:20
mile 40:2,3
mine 35:9
minutes 22:16 36:22
  40:1 45:15 46:20
mirror 20:20 21:2,17
  26:23 27:17
miss 55:24 56:2
misunderstood 21:3
  21:12
moment 27:4
Monday 49:22
money 47:2 48:24
Monica 7:20,22 10:1
  30:17,18,22 31:1,8
  31:11,12,18,20,23
  47:13
Monique 7:20,22
  30:23 31:3
more 18:7 27:24 40:9
morning 49:14 50:1
Morris 8:13
move 27:20,21,23,23
  27:24 28:23
moving 20:10 28:22
  51:10
much 57:18
Munster 9:13
myself 37:4

N

N 3:1
name 4:9 6:12,12,23
  23:14 33:12,15
  44:1 46:11 52:14
  53:14,20,23
names 7:19
necessary 63:12
need 34:8
neighborhood 19:6
Neither 31:4
never 40:16 56:23
night 49:10
nobody 39:16
Nope 32:9
normal 14:13
normally 57:21
north 1:19 2:6 12:20
  16:21 17:1 62:1
  63:1
NORTHERN 1:1
  60:1
notary 1:17 60:24
  61:3 62:17
notice 1:14 19:22
  20:13 25:20 27:13
  27:14 35:11,14
noticed 21:14,15,16
number 3:12 33:8
  44:9,24 63:13
numbers 50:17

O

objections 6:4,7
obstructions 17:14
obtain 58:4
obtained 32:3
obviously 37:2
occurred 4:14
off 10:17,19 11:12,18
  12:10 20:19,21,24
  21:20 23:9 34:20
  35:16,16,23 37:11
  59:5,6
office 34:18 43:23
  62:12 63:12
officer 1:7 10:12 20:3
  21:14 22:5 28:21
  32:2 33:5,7,9,12,17
  33:23 34:2 35:4,8
  35:22 36:10 37:9
  38:5 39:7 40:5 41:2
  41:24 42:1,2,14,19
  43:19,21,24 44:9,12
  44:23,24 45:5,8,17
  45:21 46:3 48:1,3
  52:24 60:7
officers 11:19 14:20
  15:8 17:10 44:6
oh 17:15 21:3 31:7
  32:23 33:9,11 34:2

34:5 44:12,15 48:1
  48:15 49:1 53:18
  59:2
okay 4:13,22 5:2,3,8
  5:11,12,22 6:1,2,5,9
  6:15,18 7:5,7,9,12
  7:15,17,19,21,23
  8:4,7,9,12,18,21,23
  9:2,5,16,18,23 10:2
  10:9,15,21,23 11:4
  11:7,15 12:9,11,16
  12:23 13:4,11,18
  14:4,11,19 15:3,6
  15:12,18 16:2,5,11
  16:23 17:5,9,13,18
  18:1,8,11,15,18
  19:2,11,14,22 20:2
  20:11,16 21:3,9,11
  21:19,22 22:7,10,15
  22:20,23 23:4,10,15
  23:21 24:2,9,12,15
  25:1,5,10,19 26:1,8
  27:5,7,18,19,22,23
  28:3,9,12,17,23
  29:2,7,11,16,20,23
  30:5,7,10,16,19,22
  31:2,22 32:1,1,8,10
  32:12,15,19,23
  33:11,16,20 34:5,6
  35:4,11,15,18,21
  36:5,9,13,23 37:2,5
  37:8,13,19,22 38:1
  38:4,10,12,15 39:2
  39:4,7,10,13,18
  40:5,13,16,21 41:6
  41:20 42:6,10,13,17
  42:21 43:5,9,24
  44:3,5,19 45:2,7,10
  45:13,16,20 46:2,6
  46:11,13,15,18,22
  47:1,4,7,21,23 48:3
  48:6,15 49:6,9,12
  49:23 50:2,4,10,19
  50:24 51:9,14,17,22
  52:4,9,12,21,23
  53:5,8,11,14,21,24
  54:6,13,22 55:6,23
  56:3,7,17,20,23
  58:1,2,12 59:7
old 7:21
once 6:6 35:9
oncoming 19:19
one 4:19 7:24 13:1,5
  13:7 14:22 15:1,1
  15:11 16:19 17:6
  20:19,23,23,23
  21:14,17,20,21,22
  30:22,24 31:4 40:8
  43:9,10 54:6
ones 29:18
only 7:23 40:13,15

onto 11:23 13:14 14:1
  15:7 27:12 38:16
  38:20
opened 38:8
opportunity 57:21
  58:4,19
other 8:18 15:1,1,2
  19:17 21:4,20
  31:22 33:7,8 34:3
  35:4,8,9 41:2,13
  42:1,14,16,19 43:10
  43:16,21,24 44:9,12
  44:24 45:5,17 46:3
  51:10 54:9 56:5
out 11:20 13:5,24,24
  15:13,15 18:4,12
  20:7 21:17 22:12
  24:20 25:10,15
  28:22 32:6 34:4,11
  35:8,8,9 37:10,11
  43:3 44:14 47:2
  50:13 52:20 54:12
outside 18:19
over 10:10 11:11,14
  11:17 20:10 22:18
  22:21 23:5 27:21
  27:23,23,24 28:22
  28:23 33:13,23
  36:24 39:20,24
  41:3 43:23 47:9
  51:2,9,11,17 55:8
  55:13,17 56:16
  61:12
overhear 35:13 41:1
  44:5
overheard 44:21 45:3
overhearing 41:4
own 54:19,24 55:1
o'clock 49:18

P

Page 3:2
paid 50:12
paperwork 54:19,24
  55:1
park 8:24 9:11 10:24
  11:2,6 29:3
parked 29:5 36:17
parking 12:7,8 13:14
  15:14,15 16:11
  17:10 18:9 28:10
  28:12 29:4,6 37:5,6
parties 62:6
party 11:3,4,8
passed 20:11
passenger's 39:9
past 12:1 15:4
pay 47:1 49:4 50:14
paying 26:13 45:11
people 27:22 43:16
permission 30:19

4

**personal** 61:9
**pertaining** 1:16
**phone** 36:15 46:9
**phonetically** 33:17
**physically** 56:6
**pick** 36:2 46:4 48:23
**picked** 47:19
**pickup** 12:1 22:13
   24:16
**picture** 45:18,19
**place** 61:17
**Plaintiff** 1:4 60:4
**plaza** 28:13,14
**please** 5:16 6:12
   15:21 63:15
**plus** 16:9
**point** 15:8 19:23
   20:17 22:10 24:13
   26:6,17 30:8 43:17
   44:7 45:23
**poles** 19:5
**police** 1:6,7,8,8 10:12
   11:19 17:10 19:22
   20:1,3 21:2,14 22:4
   25:20 26:3 28:21
   32:14,23 33:1,2,11
   37:9 39:22,23
   40:12 41:2,13
   42:15,23 43:1
   44:17 46:23 48:1,3
   60:6,6,7,8
**Polish** 53:17
**Posen** 1:6,7,8 4:10
   10:12,22 20:22
   49:15 50:10,14
   60:6,6,8 63:7
**pound** 41:11,14 42:7
   47:21,22 48:11
   50:4
**prepared** 63:10
**pretty** 57:18
**prior** 51:20
**private** 37:6
**pro** 2:4 61:23
**probably** 8:8 25:4
   26:12
**problem** 29:12
**Procedure** 1:15
**proceed** 15:12 39:18
**proceeded** 19:14 22:8
**processing** 50:15
**prompt** 63:17
**properly** 58:10
**prosecutor** 52:21
   54:22 55:1
**provided** 63:16
**public** 1:17 60:24
   61:3 62:17
**pull** 20:23
**pulled** 10:10 11:11,17
   20:19,21 22:21

28:9,24 29:8 32:6
   33:13,23 36:24
   39:24 47:9 48:9
   51:2,9,11,17 55:8
   55:13,17
**pulling** 22:18 35:7
**pursuant** 1:13,14
**put** 37:14,16,16,21
   46:1
**p-h** 7:7
**p.m** 10:5

_____

**Q**

**question** 4:23 5:5,9
   5:17,19,23,24 6:8
   26:15,18 27:8,9
**questions** 4:14,19
   5:15 42:21 57:19
   57:22 60:15

_____

**R**

**radio** 44:12
**ran** 29:14,17,19
   56:16
**Re** 63:7
**read** 59:5,6 60:12
   61:12 63:11
**reading** 63:14
**ready** 13:8
**really** 23:13 27:8
   35:7 56:14
**rearview** 20:20 21:2
   21:17 26:23 27:17
**recall** 7:12 12:12,12
   14:21 33:12 41:3
   47:7 50:4,12 53:5
   53:11
**receipt** 63:13,23
**received** 54:3
**record** 6:4,13 57:23
   61:14
**recorded** 61:7
**reduced** 61:8
**regular** 28:14
**relative** 62:5,6
**remember** 53:7,10,20
   53:23
**repeat** 5:9
**rephrase** 4:23
**reporter** 5:14
**REPORTING** 63:1
   63:21
**represent** 4:10
**REQUESTED** 63:23
**reserve** 58:24 59:8
**reserved** 63:12
**reside** 6:16
**resided** 9:20,23
**residence** 31:21,22
**Residential** 14:18
**response** 45:7

**RETURN** 63:23
**review** 58:5
**right** 5:13 6:3,8,10
   10:3 11:12,15,16,16
   14:6,7 15:10,13,15
   15:16,17 16:2,14,18
   17:1,21 21:11,24
   22:9 24:10,14 26:1
   27:11,12,20 28:1,18
   28:24 29:2,5,6,8
   30:12,14 31:10,14
   31:17 32:1,24
   33:16,22 34:5,8,11
   34:22 35:20 36:6
   36:10,14,21 38:20
   40:22,24 41:14
   42:16 43:8,15,22
   45:6,24 46:6 47:17
   48:11,21 49:24
   50:7,7,8,12,19 52:1
   52:2 54:4,6 55:23
   56:12 57:8,18
   58:15,18 59:3
**Robert** 8:13
**rolled** 35:12
**Room** 53:8
**Rules** 1:14
**run** 29:21 52:16,18

_____

**S**

**S** 3:10
**SAITH** 59:9
**same** 5:22 9:16,17
   11:20 20:4 25:4
   51:12 61:20
**San** 22:24
**sat** 32:5 53:22
**Saturday** 49:23 50:1
**saw** 11:19 12:2 19:24
   19:24 20:9,19,23
   22:13,17,17 25:15
   26:10 29:22 47:10
   55:5 56:23
**saying** 26:22 27:3
**says** 35:15 53:9
**scene** 41:2,21 42:18
**schooling** 8:18
**se** 2:4 61:23
**seal** 62:11
**seat** 39:6,17
**second** 15:18,23
   20:13
**see** 21:2,20 22:12
   24:22,22 26:8,16
   27:3,16,19,22 41:16
   41:19
**seem** 48:21 50:20
   52:2
**seemed** 14:24
**send** 54:18
**sense** 23:1

**set** 62:11
**seven** 7:11 40:1
**Sheet(s)** 60:17
**show** 54:22
**sic** 5:24 23:24 24:8
   49:13
**side** 13:15,17,23 14:2
   15:7,24,24 16:1
   18:21 20:11 22:18
   23:1,16 39:9
**sign** 11:21 13:1,13,20
   14:3,8,9 15:5,6,17
   15:18,23 16:10,12
   16:14 17:3,9 18:9
   20:12,14 21:13
   22:1,2 23:18,19,24
   25:6,20 40:22
   47:12 54:7 58:7
   59:5,6 63:11
**signature** 58:24
   63:12
**signed** 61:13
**signing** 63:14
**signs** 13:3,10 16:9
   23:12 26:11 29:15
   29:16,19,22 52:17
   52:19
**simple** 27:8
**Since** 9:4
**Sincerely** 63:18
**siren** 27:14
**sister** 6:22 46:10,15
   46:18 47:4
**sister's** 46:11
**sit** 37:17 38:9,15,20
   39:4,7
**sitting** 11:21
**situated** 14:21,22
**six-unit** 14:18
**size** 14:13,15,15
**small** 39:14,15,16
**some** 4:13 27:24
   47:10 49:20
**somebody** 56:16
**someone** 46:4
**something** 45:3 58:16
**sound** 33:18
**south** 12:20,22 13:6
   14:7 16:24,24
   51:16
**space** 43:23
**speaking** 14:12 44:21
   45:20
**specialist** 56:23
**specific** 42:22
**specifically** 35:22
   36:13
**specified** 61:18
**speed** 25:2
**speeding** 51:5,7
**spell** 6:12

**Spit** 34:4
**spoke** 12:5 24:16 47:7
   47:15 58:21
**spot** 29:6
**squad** 14:5 32:6
   39:11
**SS** 61:1
**St** 63:1
**standing** 37:22,24
**state** 1:18 6:3,12 61:1
   61:4
**stated** 33:22
**states** 1:1,15 60:1,15
**station** 32:14,24 33:1
   33:2,12 34:18
   39:22,23 40:12
   41:13 42:15,23
   43:1 46:23
**stay** 45:14
**stayed** 35:10
**stenographically**
   61:8
**Steven** 7:6,10
**still** 9:20 26:7,12 49:3
**stop** 11:21 13:1,3,9
   13:13,20 14:2,8,9
   15:4,6,17,18,23
   16:4,9,9,12,14 17:3
   17:9 18:9 19:5
   20:12,14 21:13
   22:1,2,8 23:18,19
   23:24 25:6,9,20
   26:11 29:14,16,19
   29:22 40:21 47:10
   47:12,12 52:17,19
   54:7
**stoplight** 23:17
**stopped** 11:20,24
   14:6,8 17:24
**store** 28:15
**straight** 19:15
**street** 1:19 2:6 11:22
   11:23 12:12,18
   13:7,15,17,23 14:2
   14:10 15:7,24,24
   16:1,10,17 17:2,6,7
   18:16,17,21 19:3,7
   19:15 20:12 22:8
   22:11 23:1,2,8,11
   23:13,14,16,16 24:4
   24:8,10,15 25:2
   27:13 28:3,6 36:7
   36:11,14,21 39:20
   62:2
**streets** 11:13 23:3
**stuff** 40:22
**Subscribed** 60:21
**substantive** 58:14
**Suite** 1:19 2:7 62:1
   63:2
**SULLIVAN** 63:1,21

**supermarket** 28:16
29:6
**supply** 28:14
**sure** 10:20 11:13
12:14,17 17:4 35:6
41:10
**Surgery** 9:12
**suspended** 32:17 33:3
54:4,10,15,16,17
55:7,10,13,16,21,22
**suspension** 54:21
55:5
**SUV** 12:1
**sworn** 4:1,4 60:21
61:6
**system** 46:1

**T**

**T** 3:10
**take** 5:18 10:3 11:15
22:10 27:12
**taken** 1:16 60:12
61:17 63:10
**taking** 1:16 5:15
61:18
**talk** 40:5 41:7 47:4
**talked** 20:14 41:10,15
**talking** 14:22,24 44:8
**telephone** 63:13
**tell** 4:19,22 5:5,8 6:11
11:16 17:22 18:1
25:2 29:16,18 32:8
32:18,19,21 33:5,6
34:16 35:1,21,22
36:9,10 40:9 42:17
50:24
**ten** 36:22
**test** 32:17,20
**testified** 4:4
**testify** 61:6
**testimony** 61:15
**their** 7:19 44:11 49:7
54:24
**thing** 9:17 51:12
**think** 16:7 42:1 50:14
51:12 53:23 56:11
56:17
**though** 26:15 40:22
49:24 53:8
**thought** 20:3 21:4
29:17 31:7
**three** 6:20 13:3,9
**threw** 52:20
**through** 21:1 26:11
26:23 43:6
**thrown** 54:11
**ticket** 51:7 53:9 54:1
54:3
**tickets** 54:5,11,11
57:13
**tight** 37:15,20 38:6

38:24 39:6 56:12
**tighter** 37:18 38:11
**time** 7:24 9:24 10:7
10:13 19:12,18
20:3 25:22 27:13
30:23,24 31:5,8,12
31:16 32:18 35:5
36:24 37:19,23
40:9 42:22 46:23
48:9 49:16,21 52:7
55:16 61:17
**today** 58:22
**told** 29:14,21 30:3
32:7 33:2 34:19
37:15,17,19 38:5,8
38:12,15 40:11,21
44:20 47:9,10,24
48:1,3 52:18
**tossed** 53:3,4
**tow** 41:16,19,24 42:2
42:11,16 45:6
48:12,14,18,19 49:3
49:4,9 56:21
**towards** 19:15
**towed** 47:12 50:8
**towing** 45:2,4
**town** 10:21
**traffic** 11:24 19:19
24:3,22 25:24
**transcript** 58:5 60:12
60:14 61:9 63:14
63:16
**traveling** 12:20,21,21
24:4,12
**treated** 56:18
**treating** 56:11,11
**trial** 52:24
**trick** 26:18 27:9
**truck** 12:1 22:13
24:16,23,24 25:15
41:16,19 48:12,18
48:19
**true** 61:14
**trust** 58:20
**truth** 61:6
**trying** 26:19 27:9
39:15 40:18
**turn** 13:8,8,24 14:7,7
15:7 20:7 25:18
34:20 35:15,16,23
37:10
**turned** 23:9
**turning** 11:23
**two** 7:18 8:8 11:19
14:5 16:9 20:16,22
21:4 26:11 28:7,7
29:14,19 40:3 44:6
47:11 51:11,12
54:5 63:13
**type** 53:14 54:23 56:7
**typo** 58:16

**U**

**Uh-huh** 23:6 24:21
**um-hmm** 9:15,17
12:19,24 13:19,22
15:20 16:13,22
17:8 18:20 19:13
21:23 22:3 24:17
25:7,11,16 27:10
28:11 29:13 33:19
33:21 34:10 35:17
39:12 41:22 43:2,4
44:18 45:1 47:16
50:23 54:8 58:6
**Um-um** 17:17,20
23:23 53:2
**uncuffed** 45:17,19
**under** 32:7 61:9
**understand** 4:11,16
4:19,20,23 5:1,20
19:9 40:19 55:14
**understanding** 32:13
**unfair** 56:20
**unfairly** 56:18
**United** 1:1,15 60:1
**until** 5:16 7:14 34:17
40:12 49:7,22
**upset** 39:1 45:12

**V**

**v** 1:7 7:7,8 60:7
**vehicle** 20:21 25:3
30:13,14,16,20
35:16,23 37:11
38:8 40:14 41:24
42:3 43:3 56:21
**vehicles** 19:17 20:16
20:22
**verify** 48:6
**very** 21:11 27:7,7
34:5 42:21
**view** 17:10,12
**village** 4:10
**violated** 56:10
**violation** 56:15
**violations** 51:10
**vs** 1:5 60:5 63:7

**W**

**wait** 5:16,22 34:17
40:11 49:22
**waive** 58:20,23
**walked** 43:23
**wall** 43:7,12 45:14
**want** 6:4 48:24 57:22
59:4
**wanted** 15:11
**wasn't** 18:3,5,24
23:11 36:21 37:2
42:4 45:9 56:6
**way** 5:18,22 15:1,2
22:21 28:22 57:4

**weeks** 63:13
**welcome** 57:23
**well** 5:6 17:5,11
18:23 19:4 24:18
31:11 40:21 41:12
42:17 56:21 57:22
**went** 11:2,22 12:1,2
15:4 16:6 22:14,14
23:8 24:23 26:11
39:20 43:6 47:20
51:23 52:14 55:4
**were** 7:3,5,9,13 9:10
10:9,9,15,23 11:10
11:11,17,21 12:20
13:2 14:21,22,24
15:7,9 18:2,22 19:4
19:11,17 20:16
22:24 24:12 25:19
25:21 28:18 30:13
32:13 36:23 37:3,5
37:15,20,22 38:1,6
38:24 39:10,11,24
40:6 44:8 46:22
50:17 51:9 54:11
55:7,13,17 56:18
**weren't** 20:18 23:21
28:17 56:3
**west** 13:8 24:4,11,18
28:7
**westbound** 24:12
**when's** 27:13
**whereof** 62:10
**while** 40:6 54:3,9,14
**White** 44:3 53:12,13
**whole** 61:6
**Williams** 7:20,20
30:18 46:12
**windows** 35:12
**witness** 3:2 4:1,3
61:15 62:10
**work** 8:24 10:18
55:24 56:2
**worked** 9:12
**wouldn't** 45:9 47:11
48:17
**wow** 44:12

**X**

**X** 3:1,10

**Y**

**yeah** 13:19 18:17
19:10,24 34:1
36:16 40:23 44:8
44:16 46:24 48:2
50:21 55:22
**years** 6:20 7:11,12
8:8 51:11,12
**yellow** 23:22,22

**$**

**$25** 50:15
**$300** 50:18

**#**

**#17** 1:8 60:7

**0**

**06** 9:4
**07** 1:2 60:5 63:7
**084-001104** 62:18

**1**

**1** 3:14 31:23 57:13,15
**10** 18:7 25:4
**10:00** 49:18
**10120** 8:6
**11:00** 49:20
**12:00** 49:20
**14** 9:19 10:5
**14th** 4:15 52:1
**145th** 16:8
**14639** 31:23
**147th** 11:12,23 12:18
13:7 14:10 16:6,8
16:10,15 17:1,6
19:7,15 22:8,11
23:16 24:4,10 25:2
27:12 28:3 39:20
**15** 18:7 25:4 45:15,15
46:20
**16344** 2:3 6:17 8:4
9:21 31:18 61:22
63:5
**1780** 63:2
**1984** 8:15
**1995** 7:14

**2**

**2** 63:1
**2-2-09** 62:21
**20** 46:20
**2003** 7:14
**2007** 4:15 9:19 10:5
51:18
**2008** 1:21 60:13,22
61:19 62:13 63:4
63:10
**201** 53:8
**21** 7:22
**23** 7:22
**236-3985** 2:8
**260** 50:19
**269** 50:16

**3**

**3** 50:16
**30** 1:19 2:6 62:1
**312** 2:8 63:3
**3922** 1:19 2:7 62:1

**4**

**4** 3:5
**45th** 16:9
**46th** 16:8

**5**

**5:00** 48:8
**57** 3:14

**6**

**6** 63:10
**6th** 1:20 60:13 61:19
**6-303** 33:24
**60428** 2:4 61:23 63:6
**60602** 63:2
**60602-3333** 1:20 2:7
  62:2

**7**

**7:30** 10:5 18:14 48:10
**7274** 1:5 60:5 63:7
**782-4705** 63:3

**8**

**8:00** 48:10

**9**

**9** 63:4
**9:00** 49:18,19,20

# EXHIBIT "B"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GARDENIA LANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7274 |
| | ) | |
| CITY OF POSEN, POLICE DEPARTMENT OF | ) | Judge Suzanne B. Conlon |
| POSEN, POLICE OFFICER V. McLINE | ) | |
| (badge #17), CHIEF OF POLICE OF THE POSEN | ) | |
| POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT

**Victor McCree**, being first duly sworn upon oath, deposes and states the following:

1.    I am police officer for the Village of Posen and have been employed in that capacity since 2005. I am also identified by my badge number, which is badge no. 17.

2.    I am personally familiar with the facts and issues related to the above-mentioned litigation otherwise known as *Lang v. City of Posen, et al.,* Case No. 07 C 7274.

3.    On December 14, 2007, at approximately 7:38 p.m., I witnessed a 2005 Ford, license plate number 9284997, driving southbound on San Francisco Avenue approaching the intersection of 147th Street in the Village of Posen.

4.    The aforementioned intersection is controlled by a stop sign for vehicles approaching from the south. The street known as 147th Street is an east-west thoroughfare that consists of two lanes in each direction.

5.    I was behind the Ford as it approached 147th Street. At that time, I witnessed the Ford slowing but failing to stop before the stop sign that controlled the intersection. While the intersection has no crosswalk or stop line, vehicles stopping at the stop sign are able to view approaching traffic on 147th Street before entering the intersection. The Ford turned right and proceeded westbound on 147th Street.

6.    I followed the vehicle and activated my emergency equipment. The Ford, heeding my emergency equipment, pulled into a private parking lot at or about 147th Street and Sacramento Avenue.

7.    After the Ford stopped, I exited my vehicle and advised the driver that she was being stopped for disregarding the stop sign that controlled 147th and San Francisco Avenue. I obtained her driver's license and insurance.

8.    After obtaining the license, I learned that the driver of the vehicle was Gardenia Lang, 16344, Lawndale Avenue, Markham, Illinois. No other person was in the vehicle with Ms. Lang.

9.    I returned to my vehicle and ran Ms. Lang's driver's license number (L52028164737) through my on-board computer and through the dispatcher. I similarly ran the vehicle's license plate number from which the vehicle came back registered to a Monica R. Williams, 14639 South Karlov Avenue, Midlothian, Illinois.

10.    I came to learn that the Illinois Secretary of State had suspended Gardenia Lang's driver's license from the information gathered through my on-board computer and through dispatch.

11.    I approached the Ford and advised Ms. Lang that she was being placed under arrest. I told her to turn off the vehicle and hand me the vehicle's keys. Ms. Lang, apparently knowing the vehicle was to be impounded, asked that she be given the opportunity to call her daughter to retrieve the vehicle. I refused this request.

12.    I placed Lang in handcuffs and transported her to the police station for processing where she was released shortly thereafter.

13.    I decided to impound the vehicle because Ms. Lang was arrested in plain view of the public off of 147th Street, a main thoroughfare in the Village of Posen. It was Friday night and any "bad element" witnessing her arrest could view her absence from the vehicle as a prime opportunity for the theft or vandalism of the same. This, and the fact that the vehicle was not owned by Ms. Lang, provided me the basis for impounding the vehicle.

14.    If called to testify as a witness, affiant could competently testify to the facts set forth herein.

2

Victor McCree,
Posen Police Department

## VERIFICATION

Victor McCree, after first being duly sworn upon oath, says and deposes that the statements set forth in this affidavit are true and accurate to the best of his knowledge and recollection.

Victor McCree
Posen Police Department

Joseph Cainkar - #40625
LOUIS F. CAINKAR, LTD.
Attorneys for the Village of Posen
30 North LaSalle Street - #3922
Chicago, Illinois 60602-2507
312/236-3985

3

**EXHIBIT "C"**

**DEFENDANT'S COPY**

COMPLAINT NO. YM-118-823

*YM118823*

IN THE ☐ MUNICIPAL DISTRICT OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
In the name and by the authority of the ☐ People of the State of Illinois, ☐ Township, ☐ Village,
☐ Town, or ☐ City of _Posen_, a Municipal Corporation, Plaintiff, vs.

| Name Last | First | M.I. | Court Key |
|---|---|---|---|
| _Lang_ | _Gardenia_ | A | 7 |

City _Markham_   State _IL_   Zip _60428_   Star # _17_

Address _16344 Lawndale Ave_

☐ Oper. State _IL_  ☐ COL. License  _L520281647737_

Date of Birth MO _05_ DAY _13_ YR _64_ Sex _F_ Height _506_ Weight _187_

Day of Week _Fri_  Month _12_ Day _14_ Year _2007_ Time _19:38_ ☐ M

Did then drive and operate a certain motor vehicle to wit, a: Make _Ford_ Year _05_

☐ Auto ☐ Truck ☐ Bus ☐ Com. Mtr. Veh.
☐ Taxi ☐ M/cycle ☐ Placarded Haz. Mat. Veh.

On ☐ Upon a public highway of this State, to wit: S Bound on _Sun Francisco_ At From: _147th st_

Township Road ☐ Yes ☐ No

Situated within the Township, Village, Town or City aforesaid, in Cook County, Illinois, and did then and there unlawfully violate section _11-1204 (b)_

☐ (T.R. Ord) ☐ (T.V.C.) ☐ (Other)

State License Plate No. _9284797_ _IL_ _08_

By (Describe) _Disobeying a stop sign_

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 1961, the undersigned certifies that the statements set forth in this instrument are true and correct.

SPEEDING: ___ m.p.h. in ___ m.p.h. zone
☐ 1-20 m.p.h. over limit
☐ 21-30 m.p.h. over limit
☐ Over 30 m.p.h. over limit
☐ Too fast for conditions

ACCIDENT: ☐ Pedestrian ☐ Vehicle ☐ Prop. Dam
☐ Per Inj. ☐ Fatal ☐ Ticket Issued
☐ Defendant Inj. Only
Name of Witness
Accident Report #

Follow instructions checked by officer.
☐ YOU MUST MAIL the Court Diversion Envelope within 7 days of the issuance of this Complaint to the Clerk of the Circuit Court.
OR
☐ APPEAR IN ROOM NUMBER _201_
STREET: _16501 S Kedzie_
_Markham_, Illinois
on _14_ DAY _Jun_ MONTH _200 8_
at _9:00_ o'clock _A_ .M.
☐ YOU MUST APPEAR IN COURT

Officer's Signature _#17_

TRAFFIC ☐ Light ☐ Heavy ☐ Medium   WEATHER ☐ Cloudy ☐ Raining ☐ Snowing ☐ Fog

Without admitting guilt I promise to comply with the terms of this citation

Signature ___

---

**DEFENDANT'S COPY**

COMPLAINT NO. YM-118-824

*YM118824*

IN THE ☐ MUNICIPAL DISTRICT OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
In the name and by the authority of the ☐ People of the State of Illinois, ☐ Township, ☐ Village,
☐ Town, or ☐ City of _Posen_, a Municipal Corporation, Plaintiff, vs.

| Name Last | First | M.I. | Court Key |
|---|---|---|---|
| _Lang_ | _Gardenia_ | A | 7 |

Address _16344 Lawndale Ave_   City _Markham, IL_   State   Zip _60428_   Star # _17_

☐ Oper. State _IL_  ☐ COL.  License _L520281647737_

Date of Birth MO _05_ DAY _13_ YR _64_ Sex _F_ Height _506_ Weight _187_

Day of Week _Fri_  Month _12_ Day _14_ Year _2007_ Time _19:38_ ☐ M

Did then drive and operate a certain motor vehicle to wit, a: Make _Ford_ Year _05_

☐ Auto ☐ Truck ☐ Bus ☐ Com. Mtr. Veh.
☐ Taxi ☐ M/cycle ☐ Placarded Haz. Mat. Veh.

On ☐ Upon a public highway of this State, to wit: S Bound on _Sun Francisco_ At From: _147th st_

Township Road ☐ Yes ☐ No

Situated within the Township, Village, Town or City aforesaid, in Cook County, Illinois, and did then and there unlawfully violate section _6-303_

☐ (T.R. Ord) ☐ (T.V.C.) ☐ (Other)

State License _9284797_ State _IL_

By (Describe) _Driving while License Suspended_

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 1961, the undersigned certifies that the statements set forth in this instrument are true and correct.

SPEEDING: ___ m.p.h. in ___ m.p.h. zone
☐ 1-20 m.p.h. over limit
☐ 21-30 m.p.h. over limit
☐ Over 30 m.p.h. over limit
☐ Too fast for conditions

ACCIDENT: ☐ Pedestrian ☐ Vehicle ☐ Prop. Dam
☐ Per Inj. ☐ Fatal ☐ Ticket Issued
☐ Defendant Inj. Only
Name of Witness
Accident Report #

Follow instructions checked by officer.
☐ YOU MUST MAIL the Court Diversion Envelope within 7 days of the issuance of this Complaint to the Clerk of the Circuit Court.
OR
☐ APPEAR IN ROOM NUMBER _201_
STREET: _16501 S Kedzie_
_Markham_, Illinois
on _14_ DAY _Jun_ MONTH _200 8_
at _9:00_ o'clock _A_ .M.
☐ YOU MUST APPEAR IN COURT

Officer's Signature _#17_

TRAFFIC ☐ Light ☐ Heavy ☐ Medium   WEATHER ☐ Cloudy ☐ Raining ☐ Snowing ☐ Fog

Without admitting guilt I promise to comply with the terms of this citation

Signature ___

# EXHIBIT "D"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GARDENIA LANG,                          )
                                        )    No. 07 C 7274
                    Plaintiff,          )
                                        )
        v.                              )
                                        )
CITY OF POSEN, POLICE DEPARTMENT OF     )
POSEN, POLICE OFFICER V. McLINE         )
(badge #17), CHIEF OF POLICE OF THE POSEN )
POLICE DEPARTMENT,                      )
                                        )
                    Defendants.         )

### INTERROGATORIES TO PLAINTIFF

NOW COME the Defendants, by and through his attorneys, LOUIS F. CAINKAR, LTD., and request that the following interrogatories be answered by the Plaintiff, GARDENIA LANG, under oath, within twenty-eight (28) days after service, in accordance with the Rule 33 of the Federal Rules of Civil Procedure:

1.    Please state your full name, present residence address, your date and place of birth, your Social Security number, your driver's license number and, if you have ever been known by any other name, please state all the names by which you have been known, the dates of use of each such name and the reasons for any change of name.

2.    Identify the name, title and contact information for each person who contributed in any way to the information obtained in preparation to the answers to these interrogatories, whether or not the information provided by each individual is found in the answer itself.

3.    Please list the names, addresses and phone numbers of all persons claiming knowledge of the events relating to the events as alleged in the complaint.  For all persons listed, please state the knowledge claimed and the basis for any such knowledge.

4.    For each occupation or job held during the last five (5) years, please state the full name and address of each employer, the dates of commencement and termination of each such employment, a brief description of the services or work performed in each such employment, the weekly average wages or earnings in each such employment, whether a physical examination was

required prior to employment and if so, the place, date, and person giving any such examination, the name of your immediate foreman, supervisor or superior at each such place of employment and the reason for termination of each such employment.

5.    If you have ever pleaded guilty to or been convicted of a crime punishable as either a misdemeanor or felony, please provide the date of each prosecution or conviction, the name of each court and the location of each court where the prosecution or conviction took place, and a full description of any and all sentences imposed.

6.    If you have ever been involved in any civil legal action (workmen's compensation claims included), either as defendant or plaintiff, state the date and place each such action was filed, including the name of the court and parties involved, the court file number of all such actions, the names of attorneys representing each party, a description of the nature of each such action, including the disposition of each such action, whether or not there was an appeal and, if so, the result thereof, including the name and citation of each case reported, and the amount of any settlement or judgment obtained in each such case.

7.    If you are presently married, state the name and address of your spouse, the date and place where your marriage took place, the full names, birth dates and present residence addresses of any and all children born of said marriage; if you and your spouse are presently separated, please list your spouse's present address and the date when the separation occurred or, if you or your spouse have ever filed for divorce, the county and state where the divorce action is or was pending, and the date upon which the complaint for divorce was filed.

8.    Within the last ten (10) years, have you ever been admitted to any hospital or other medical institution, or been under the treatment and care of any physician?   Yes ____ No ____ If so, please state:

    a.    The full name and address of each such hospital or other medical institution and each such physician.

    b.    The inclusive dates of confinement at each such hospital or medical institution and the dates of treatment by any such physician.

    c.    The reason for your confinement in such hospital or medical institution, and the condition or conditions for which you were treated by such physician.

9.    Within the last ten (10) years, have you ever suffered any personal injury or been involved in any accident of any kind, nature or description whatsoever?  If so, please state:

    a.    The date and places where each such injury or accident occurred.

    b.    The names and present addresses of any other person or persons involved.

2

c.    The names and addresses of any and all doctors who attended you, examined or rendered treatment to you or hospitals medical institutions or clinics to which you were confined or where you received medical attention for each personal injury or accident.

d.    The nature of the injury or injuries suffered.

e.    The approximate date of your recovery from each such injury.

f.    If you did not recover fully, the date your condition became stable and a description of your condition at that time.

10.    Have you been examined medically, received any kind of medical care and/or treatment, or have you been admitted to any hospital or medical institution for the injuries allegedly sustained as a result of the occurrence involved in this case? Yes _____ No. _____. If yes, please state:

a.    The names, addresses and telephone numbers of any and all physicians or other health care practitioners, hospitals or medical institutions who or which rendered services to you.

b.    The date or dates of examination, care or treatment by each such physician or other health care practitioner, the date or dates of admission and discharge as to each hospital or medical institution.

c.    The nature of the care or treatment rendered by each such physician or other health care practitioner, hospital or medical institution and the reason or reasons for such treatment or hospitalization.

d.    List any expenses incurred; the portion of the expenses which have been paid, and the name and address of each person paying a portion or all of said expenses.

e.    Did you have any form of medical insurance or reimbursement which covered any of the medical expenses arising out of the occurrence involved in this litigation? If so, please state the name and address of the insurer or other person who reimbursed you and the amount so paid.

11.    Have you or your attorney received any written report by any physician or other health care practitioner or by any hospital or health care facility concerning your physical or mental condition as a result of the occurrence involved in this litigation? If so, please state:

3

a.    The date each report was made.

b.    The name, address and profession or occupation of the person making the report.

c.    The name and address of the person who has present custody of the report or any copy of it.

d.    A description of the contents of the report.

e.    If you will do so without a motion to produce, please attach a copy of each such report to your answers to these interrogatories.

12.    Are you claiming any psychiatric, psychological and/or emotional injuries as a result of this occurrence? If so, state:

a.    The name of any psychiatric, psychological and/or emotional injury claimed, and the name and address of each psychiatrist, physician, psychologist, therapist or other healthcare professional rendering you treatment for each injury;

b.    Whether you had suffered any psychiatric, psychological and/or emotional injury prior to the date of the occurrence; and

c.    If (b) is in the affirmative, please state when and the nature of any psychiatric, psychological and/or emotional injury, and the name and address of each psychiatrist, physician, psychologist, therapist or other healthcare professional rendering you treatment for each injury.

13.    State whether you filed income tax returns with the Director of Internal Revenue and/or with any state tax authority or department for each of the three (3) years immediately preceding the date of the incident which is involved in this litigation. If so, please state:

a.    The Office of the Director of Internal Revenue with which such federal return was filed.

b.    The amount reported as earned income on each such federal return.

c.    The amount of tax shown to be due on each such federal return.

d.    The state tax authority or authorization with whom each such tax return was filed.

e.    The amount reported to each such state tax return as earned income.

f.    The amount of tax shown to be due on each such tax return.

g.      If you will do so without a motion to produce, please attach a copy of all such federal and state tax returns listed above to your answers to these interrogatories.

14.     Set forth any loss in income which you claim as a result of the occurrences involved in this litigation, stating the following:

a.      The total gross and net income claimed lost.

b.      The claimed source of any alleged lost income, including name and address of each such source.

c.      The manner, that is, by daily rate, weekly, monthly, etc. in which you compute the amount of any claimed loss.

d.      If you have any documents which substantiate your claimed loss of earnings, state:

1.      A full description of each such document.

2.      The name and address of the person or persons now in possession of each such document or copy of the same.

3.      If you will do so without a motion to produce, please attach copies of any substantiating documents to your answers to these interrogatories.

15.     Please answer the following:

a.      State the names and addresses of all witnesses that you expect to call as an expert witness at trial.

b.      State the subject matter on which the expert is expected to testify.

c.      State the substance of the facts and opinions to which you expect the expert to testify and a summary of the grounds for each opinion.

16.     State whether you or your attorneys or agents, or anyone acting on your behalf, have taken any statements, signed or unsigned, oral or written or have in their possession, any such statements, or know of the existence of any such statements, from or by any person who has, or claims to have, knowledge of the facts concerning the occurrence complained of, or who were, or claim to have been witnesses to the occurrence complained of; if so, state the identity and present or last known location of each such person together with the present whereabouts and number of such statements.

5

17.    As a result of the occurrence complained of, were you required to expend any money for your criminal defense?  If money was paid to an individual, firm, partnership or corporation, please provide the name, address and telephone number of the person or entity, the amount paid, the manner in which the money was paid and, any amount which continues to be owed.

18.    Did you plead guilty or were you found guilty of any of the tickets issued to you on December 14, 2007?

Respectfully submitted,

By: _____
                              Joseph Cainkar

## CERTIFICATION

I, JOSEPH CAINKAR, an attorney, hereby certify that I mailed a copy of the enclosed to t the Plaintiff postage prepaid on March 28, 2008.

_____

JOSEPH CAINKAR
LOUIS F. CAINKAR, LTD.
30 N. LaSalle Street - #3922
Chicago, IL 60602-3333
312/236-3985

6

**EXHIBIT "E"**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARDENIA LANG, | ) | |
| | ) | No. 07 C 7274 |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF POSEN, POLICE DEPARTMENT | ) | |
| OF POSEN, POLICE OFFICER V. MCLINE | ) | |
| (badge #17), CHIEF OF POLICE OF THE | ) | |
| POLICE DEPARTMENT | ) | |
| | ) | |
| Defendants, | ) | |

## INTERROGATORIES TO PLAINTIFF:  ANSWERS

1. Gardenia Lang, 16344 Lawndale, Markham Il 60428.  Born: 5/13/64 Chicago, IL, 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, L52028164737.  Maiden name Williams.

2. None.

3. None.

4. Jackson Park Hospital, 7531 Stony Island, Chicago IL.  Medical Biller, $659.20 weekly wages.  Yes physical was done at time of employment Examination was taken 2/06 at Jackson Park Hospital. Director: Jackie Wallace.  Employment 2/06 – Present

   H&R Block, 10347 S. Halsted, Chicago, IL.  Tax Professional, $213.60 Weekly wages.  No physical required.  Office Leader Barbara Porter. Employment 12/99 – Present ( Seasonal)

   Illania Surgery Center, Muster Indiana.  Medical Biller, $671.20 weekly Wages.  No physical required.  Employment:  9/05 – 1/06 Laid off.

   HRDI, 33 E. 114th St, Chicago, Il.  Program Tracer: inputting medical claims No physical required.   Weekly wages $420.00.  Manager: Mr. Bramlett. Employment: 2/04 – 8/05.  Left for better Benefits

   Catholic Charities (Phase II) 4630 S. Wells, Chicago, IL.  Clerical, no physical
   Required.  Weekly wages $340.00.  Manager: Ms. Kellie.  Left for better benefits.  Employment 6/03 – 02/04

5.      No.

6.      No.

7.      Divorced 4/03; Cook county, Illinois

8.      No.

9.      No.

10.     No.

11.     No.

12.     No.

13.     No, I filed normal return with Internal Revenue Service

14.     None

15.     a.  None

16.     None

17.     None

18.     No. Not guilty

Sincerely,

Gardenia Lang