**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GARDENIA LANG, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7274 |
| | ) | |
| CITY OF POSEN, POLICE DEPARTMENT OF | ) | Judge Suzanne B. Conlon |
| POSEN, POLICE OFFICER V. McLINE | ) | |
| (badge #17), CHIEF OF POLICE OF THE POSEN | ) | |
| POLICE DEPARTMENT, | ) | |
| | ) | |
|    Defendants. | ) | |

**NOTICE OF MOTION**

TO:   See attached service list.

On June 11, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Suzanne B. Conlon, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1743, at 219 South Dearborn Street, Chicago, Illinois 60604, and present:

Defendants' Motion for Summary Judgment; a copy of which was previously filed on May 30, 2008.

                                              S/ Joseph Cainkar

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, on oath state:  I served a copy of this Notice of Motion by e-mailing a copy to the CMT System for the North District of Illinois on June 5, 2008.

                                              S/ Joseph Cainkar

JOSEPH CAINKAR
LOUIS F. CAINKAR, LTD.
Attorneys for the Village of Posen
30 North LaSalle Street - #3922
Chicago, Illinois 60602-3333
(312) 236-3985

**SERVICE LIST:**

Gardenia Lang
16344 South Lawndale Avenue
Markham, Illinois 60428