# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7274 | **DATE** | 6/5/2008 |
| **CASE TITLE** | GARDENIA LANG vs. CITY OF POSEN, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants' motion [19] for summary judgment is stricken for failure to comply with Local Rules and the court's standing order.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:07-cv-07274   Document 23   Filed 06/05/2008   Page 1 of 1

07C7274 GARDENIA LANG vs. CITY OF POSEN, ET AL                                   Page 1 of 1