# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7274 | **DATE** | 06/11/2008 |
| **CASE TITLE** | GARDENIA LANG vs. CITY OF POSEN, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants' motion for summary judgment [19] is taken under advisement. Plaintiff's response shall be filed by July 1, 2008; any reply is due by July 9, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|