# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7274 | **DATE** | 6/19/2008 |
| **CASE TITLE** | GARDENIA LANG vs. CITY OF POSEN, ET AL | | |

**DOCKET ENTRY TEXT**

On the court's own motion, submission of the pretrial order set on June 26, 2008 is vacated pending disposition of the motion for summary judgment.

*/s/ Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|