IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARDENIA LANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7274 |
| | ) | |
| CITY OF POSEN, POLICE DEPARTMENT OF | ) | Judge Suzanne B. Conlon |
| POSEN, POLICE OFFICER V. McLINE | ) | |
| (badge #17), CHIEF OF POLICE OF THE POSEN | ) | |
| POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT THEIR MOTION FOR SUMMARY JUDGEMENT WITH A LR 56.2 NOTICE AND TO AMEND THE BRIEFING SCHEDULE FOR THEIR MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants Village of Posen, Officer Victor McCree, and Gerald D. Vetter, Chief of Police, by and through their attorney, LOUIS F. CAINKAR, LTD., and pursuant to their motion, state as follows:

1.   On May 30, 2008, defendants filed a timely motion for summary judgment, memorandum of law in support of summary judgment and their Local General Rule 56.1(a)(3) statement of uncontested facts (and accompanying exhibits) in support of their motion for summary judgment.

2.   Plaintiff is a pro se litigant.  On June 27, 2008, defendants' counsel realized that he inadvertently failed to provide the plaintiff with a Local General Rule 56.2 Notice To Pro Se Litigants Opposing Motion for Summary Judgment.

3.   This court set a briefing schedule on the defendants' motion for summary judgment wherein plaintiff was to respond by July 1, 2008 and defendants' were to have their reply on file by July 9, 2008.  (Exhibit "A").

4.      Defendants request leave to supplement their motion for summary judgment with a General Local Rule 56.2 Notice to Pro Se Litigant, *instanter*. (Exhibit "B").  The defendants also request that the briefing schedule be amended to allow plaintiff additional time respond to that motion in light of the supplemental filing.

5.      Defendants' counsel apologizes to this court for any inconvenience caused by his omission.

WHEREFORE, defendants respectfully request that they be allowed to supplement their motion for summary judgment by granting them leave to file a LR 56.2 Notice, *instanter*.  Defendants also request that the briefing schedule be amended to allow the plaintiff time to respond to that motion in light of the new filing.

S/   Joseph  Cainkar

JOSEPH CAINKAR
LOUIS F. CAINKAR, LTD.
Attorneys for the Defendants
30 North LaSalle Street - Suite 3922
Chicago, Illinois 60602-3333
312/236-3985

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state:  I served a copy of this Notice to Pro Se Litigant Opposing Motion for Summary Judgment by e-mailing a copy to the CMT System for the Northern District of Illinois and by regular mail, postage prepaid, to Gardenia Lang,16344 S. Lawndale Avenue, Markham, Illinois, on June 27, 2008.

S/   Joseph  Cainkar