**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GARDENIA LANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7274 |
| | ) | |
| CITY OF POSEN, POLICE DEPARTMENT OF | ) | Judge Suzanne B. Conlon |
| POSEN, POLICE OFFICER V. McLINE | ) | |
| (badge #17), CHIEF OF POLICE OF THE POSEN | ) | |
| POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

On July 3, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Suzanne B. Conlon, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1743, at 219 South Dearborn Street, Chicago, Illinois 60604, and present:

Defendants' Motion to Supplement their Motion for Summary Judgment and Amend the Briefing Schedule for their Motion for Summary Judgment; a copy of which is attached hereto.

S/ ___Joseph Cainkar___

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, on oath state: I served a copy of this Notice to Pro Se Litigant Opposing Motion for Summary Judgment by e-mailing a copy to the CMT System for the Northern District of Illinois and by regular mail, postage prepaid, to Gardenia Lang, 16344 S. Lawndale Avenue, Markham, Illinois, on June 27, 2008.

S/ ___Joseph Cainkar___

JOSEPH CAINKAR
LOUIS F. CAINKAR, LTD.
Attorneys for the Village of Posen
30 North LaSalle Street - #3922
Chicago, Illinois 60602-3333
(312) 236-3985