Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7274 | **DATE** | 7-03-08 |
| **CASE TITLE** | GARDENIA LANG vs. CITY OF POSEN, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants' motion for leave to supplement their motion for summary judgment with a Local Rule 56.2 notice and to amend the briefing schedule for their motion for summary judgment [26] is granted. Plaintiff's response is extended from July 1, 2008 to July 15, 2008; defendants' reply is extended from July 19, 2008 to July 22, 2008.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|