# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7274 | **DATE** | 8/21/2008 |
| **CASE TITLE** | GARDENIA LANG v. CITY OF POSEN, POLICE DEPARTMENT OF POSEN, POLICE OFFICER V. MCCLINE (BADGE #17), and CHIEF OF POLICE OF THE POSEN POLICE DEPARTMENT | | |

**DOCKET ENTRY TEXT**

Defendants' motion for summary judgment [19] is granted and plaintiff's cross-motion [28] is denied. Summary judgment is entered for defendants City of Posen, Police Department of Posen, Police Officer V. McCline (Badge #17), and Chief of Police of the Posen Police Department and against plaintiff Gardenia Lang.  ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|