# United States District Court
## Northern District of Illinois
### Eastern Division

GARDENIA LANG

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 7274

CITY OF POSEN, POLICE DEPARTMENT OF POSEN, POLICE OFFICER V. MCCLINE (BADGE #17), and CHIEF OF POLICE OF THE POSEN POLICE DEPARTMENT

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for defendants City of Posen, Police Department of Posen, Police Officer V. McCline (Badge #17), and Chief of Police of the Posen Police Department and against plaintiff Gardenia Lang.

Michael W. Dobbins, Clerk of Court

Date: 8/21/2008

/s/ Willia Harmon, Deputy Clerk